EXHIBIT A (5 pp)

| Item-ID | Item-Desc | | |
|---|---|---|---|
| P200 | Abandoned Folder #1, Linda Lewis Personnel File | | |
| Format | Date-Issued | Date-Recd | Related-Items |
| Folder | ? | 3/31/04 | All P200 (P200.1-.40) |
| Notes | | | |

Folder, containing personnel files for Linda Lewis, was one of two left by persons unknown on a chair in the office of Mary Cutshall, who was neither a supervisor nor a personnel officer, and had no basis for having such a file. Cutshall's office was unrelated to Linda Lewis' office, the Office of Food Security and Emergency Preparedness. The folder, discovered on 3/30 by Tonia Malone, a secretary in Cutshall's office, contained emails, notes, memos and letters with highly sensitive, personal and derogative information about Linda Lewis, including orders for psychiatric exams. Other documents included USDA and FSIS security clearance regulations. Malone took the folder to OFSEP secretary, Betty Barrett, who then brought it to the attention of Linda Lewis. March 30 was the day that Linda Lewis sent OFSEP staff an email drawing attention to a newly released, critical GAO report on federal COOP planning. Documents in the folder suggest it once belonged to Charles Danner, who had been in charge of FSIS COOP planning and indicate Danner retaliated against Lewis for COOP criticisms in 1999.

| Item-ID | Item-Desc | | |
|---|---|---|---|
| P200.1-20 | 20 pages of emails, memos and notes to file on subject of Linda Lewis | | |
| Format | Date-Issued | Date-Recd | Related-Items |
| mixed | 8/31/99 to 9/29/99 | 2004 | All P200 |
| Notes | | | |

Notes to file by Charles Danner, and emails and memos to and from Danner, discuss Linda Lewis' security clearance, agency order for psychiatric exam, planned denial of scheduled within-grade pay increase, (false) allegations of poor performance, AWOL and insubordination. Documented interference by Ron Graham with Linda Lewis' assignments. Danner's comments suggest retaliation for criticisms by Linda Lewis of the FSIS Continuity of Operations Plan (COOP) and chemical weapons (or CSEPP) plan. Regarding the COOP, he writes: "I did give her a copy of an early draft to review based on her professed expertise in this area. She in turn sent me a short note saying that it was a respectable start but was missing a hazard analysis. This very disappointing response led me to not involve her further in COOP." (In fact, Lewis provided more information than Danner indicates and many of his statements are quite inaccurate.) In an email and notes, Danner discusses having the office locks changed (at the urging of LERD) and proposes having Lewis escorted under guard out of the building (which LERD said would be too "heavy handed.". The same email includes a 9/20 email in wich Danner asks, "Will there be a disciplinary action this time?" and indicates he will not sign off on a within-grade increase. In a note, Danner acknowledges that, at the urging of former supervisor George Bickerton, he cancelled an FBI briefing on terrorist threats that Lewis set up for the planning staff as part of a hazard analysis needed for the COOP plan. (Notably, this was two years prior to 9/11/2001; in 1999, USDA's main concerns were Year 2000 computer issues, not terrorist attacks.). A note, presumably from Danner, indicates he met on

FILED  05 1507  JUL 29 2005  NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

8/30/99 with Axtell, Musacchio, Elane, Robinson, Thomas and Conley regarding Linda Lewis. Elsewhere in the same note is a bullet, that says "insane," and another that says, "Recommend immediate administrative leave pending psychiatric evaluation; after psych eval -- disability retirement; if no retirement -- transfer to another staff -- Fayne may swap Murty." (Vince Fayne worked in FSIS' internal controls office).

| Item-ID | Item-Desc | | |
|---|---|---|---|
| P200.21-35 | "FSIS - Security of Classified Information or Material" | | |
| Format | Date-Issued | Date-Recd | Related-Items |
| reg | 1982 | 2004 | All P200 |
| Notes | | | |

Agency regulation. Had been requested in 2001 during discovery for EEOC case, but Agency never provided.

| Item-ID | Item-Desc | | |
|---|---|---|---|
| P200.36-38 | Order for psychiatric examination in order to reinstate suspended Top Secret Security Clearance | | |
| Format | Date-Issued | Date-Recd | Related-Items |
| letter | 4-12-99 | 2004 | All P200 |
| Notes | | | |

2-page certified letter to Linda Lewis, signed Don Musacchio for Ronald Hicks, with attached list, "Board Certified Psychiatrists and Clinical Psychologists." First page has notation in lower right corner, "OM359/4-9-99 (initials?)

| Item-ID | Item-Desc | | |
|---|---|---|---|
| P200.39-40 | Fax to John Campbell from Charles Danner | | |
| Format | Date-Issued | Date-Recd | Related-Items |
| fax | 9/10-16/99 | 2004 | All P200 |
| Notes | | | |

Cover sheet, with handwritten notes, and second page with notes and Linda Lewis ID badge, with photo. Text includes: "John Campbell called [Sept 10]...He later informed me that LERD never notified security about Linda. He said that that must be done."

| Item-ID | Item-Desc | | |
|---|---|---|---|
| P200.41 | Memo from Medical Officer rescinding previous memo that supported restoring Linda Lewis's security clearance | | |

| Format | Date-Issued | Date-Recd | Related-Items |
|---|---|---|---|
| memo | 8-10-99* | 2004 | All P200 |

Notes

*handwritten date in lower corner. Memo from O.I. Jackykewycz, M.D., to Donna Beecher, Director [USDA] Office of Human Resources Management, through Priscilla Carey, Director, [USDA] Office of Operations. States, in part: "This is to rescind my memorandum of June 1, 1999, to Mr. James Long, Acting Department Security Officer concerning the mental health status and security clearance of Ms. Linda Lewis…""I was not aware of the CFR regulation which states that the physician conducting the mental status examination should be someone selected/and or approved by the government and not the patient's private physician." In later deposition, Dr. J said his supervisors provided this explanation (which may not be accurate) as a basis for insisting that he rescind the earlier memo, and he also stated the USDA contractor psychologist, Sarah Reagan, did not have the required medical credentials to conduct that kind of exam. Emails available from sources other than P200 show that Dr. J objected in the first place to requiring an exam, but appeared to be overruled by Roslyn Robinson, an official in FSIS' Labor and Employee Relations Div.

| Item-ID | Item-Desc | | |
|---|---|---|---|
| P200.42-43 | Letter (A) from Ronald Hicks to L. Lewis ordering psychiatric exam (2nd time) and placing her on administrative leave | | |

| Format | Date-Issued | Date-Recd | Related-Items |
|---|---|---|---|
| letter | 9/1/99 | | |

Notes

Letter states, in part: "[Dr. Jacykewycz'] June 1, 1999, notification to reinstate your Top Secret Clearance has been rescinded. Therefore, you are again requested to follow the instructions you were given in the Agency's April 12 letter to have a mental status examination…I feel it is in the best interest of all concerned, to place you on administrative leave upon receipt of this letter, for a period of thirty (30) days or until you hear further from us. During that time, Code 66 will record leave on your Time and Attendance Report, and you are expected to remain available during regular working hours, requesting annual and sick leave as appropriate. Your supervisor, Charles Danner, will collect your office keys and USDA badge. If you have to return to Agency premises for any reason, please contact Mr. Danner or Kenneth Elane, and arrangements will be made through them.", Enclosure, "Authorization to Release Information," stated, in part: "I also authorized Dr. _____ to provide Dr. Jacykewycz, USDA Medical Officer, with a clinical analysis of any condition which may be impacting on my behavior and a prognosis of possible treatment and recovery." Notably, 9/1/99 was the day the FSIS policy forbidding retaliation was scheduled to expire.

| Item-ID | Item-Desc | | |
|---|---|---|---|
| P200.44 | Memo from Denise Leger-Lee, "Subject: Request for Medical Evaluation – Linda Lewis" | | |

| Format | Date-Issued | Date-Recd | Related-Items |
|---|---|---|---|
| memo | | | |

| Notes | | | |
|---|---|---|---|
| Memo addressed to Mark Leking, Chief, Employee Relations Branch, LERD [FSIS] from Leger-Lee, Director, Employee Relations and Development Division, OHRM [USDA]. Memo states, in part: "This should clarify to Ms. Lewis that the requirements of your previous memorandum of April 12, 1999, remain in effect. In accordance with our previous discussion, you should inform Ms. Lewis that her security clearance continues to be suspended pending completion of the outside medical evaluation, previously requested by your office." | | | |

| Item-ID | Item-Desc | | |
|---|---|---|---|
| P200.45 | Acknowledgement of receipt (signed) | | |
| Format | Date-Issued | Date-Recd | Related-Items |
| doc | 9/2/99 | 2004 | All P200 |
| Notes | | | |
| Letter sized page. States: "Received: Linda M. Lewis, 9/2/99." (Acknowledged receipt of Hicks 9/1 letter from Charles Danner on 9/2/99) | | | |

| Item-ID | Item-Desc | | |
|---|---|---|---|
| P200.46 | Letter (B) from Ronald Hicks to L. Lewis ordering psychiatric exam (2nd time) and placing her on administrative leave | | |
| Format | Date-Issued | Date-Recd | Related-Items |
| letter | 9-1-99 | 2004 | All P200 |
| Notes | | | |
| One-page letter. Body of letter identical to P200-42. However, this version has a different Hicks signature; has the date stamped in different location; and has no USDA letterhead/logo; also, it has cc's (Leger-Lee and Danner) that are not in P200-42. (The lack of an official letterhead suggests this was a draft, sent for approval of the cc'd individuals before formal issuance.) | | | |

| Item-ID | Item-Desc | | |
|---|---|---|---|
| P-220.47-97 | USDA DM 3440-1, "Classification, Declassification, and Safeguarding Classified Information" | | |
| Format | Date-Issued | Date-Recd | Related-Items |
| regulation | 8-10-83 | 2004 | All P200 |
| Notes | | | |
| (Original a 29-page document, many pages double-sided) The USDA Department Manual (DM) is part of a series of documents related to classified information and security clearances; but DM-3440-2, 3 and 4 were not included in P200. | | | |

| Item-ID | Item-Desc | | Related-Items |
|---|---|---|---|
| Format | Date-Issued | Date-Recd | |
| Notes | | | |