ATTACHMENT 1   (9 pp)

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
WASHINGTON FIELD OFFICE
1400 L Street, N.W., Suite 200
Washington, D.C. 20005

| | |
|---|---|
| Linda M. Lewis,<br>  Complainant,<br><br>        v.<br><br>Ann Veneman, Secretary,<br>U.S. Department of Agriculture,<br>  Agency, | EEOC Case No. 100-A1-7163X<br><br>Agency Case No. 970252, et al<br><br>OCT 2 1 2003 |

### ORDER OF DISMISSAL PENDING MSPB JURISDICTION

On May 3, 2003, Complainant asserted that the Merit Systems Protection Board has jurisdiction over her claims. Therefore, the hearing for the above captioned case[1] is canceled pursuant to Complainant's request for a hearing by the Merit Systems Protection Board. All outstanding Motions by either party are Denied, without prejudice.[2] Complainant is advised that mixed case procedures do not include hearings by EEOC Administrative Judges. Instead, regulations provide that instead of a hearing by the Commission, the Agency is to issue a final agency decision.

Therefore, this complaint is returned to the Agency for issuance of a final decision containing appropriate appeal rights.

This office will hold the report of investigation and the complaint file for sixty days, during which time the agency may arrange for their retrieval. If we do not hear from the agency within sixty days, we will destroy our copy of these materials.

It is so ORDERED.

For the Commission:

_Richard Schneider_
Richard E. Schneider
Administrative Judge

---

[1] The Commission has previously Ordered that all of Complainant's complaints be consolidated. Therefore, all of her complaints are dismissed jointly. *See Lewis v. Agriculture*, EEOC Appeal No. 01A10033 (Feb. 12, 2003).

[2] Should jurisdiction of this complaint return to the Commission, motions may be refiled.



APR 15 2005

United States
Department of
Agriculture

Office of the
Assistant Secretary
for Civil Rights

Office of
Civil Rights

1400 Independence
Avenue SW

Washington, DC
20250

# DEPARTMENT OF AGRICULTURE
# OFFICE OF CIVIL RIGHTS

## EMPLOYMENT COMPLAINT FINAL AGENCY DECISION

**Complainant:** Linda M. Lewis

**Complaint No.:** 050142

**Agency:** Food Safety and Inspection Service

**Issue:** Failure to protect confidential information; failure to provide developmental opportunities

**Bases:** Sex (Female), age (unspecified), mental disability (perceived by management) and reprisal (prior EEO complaints)

### DECISION

This complaint is dismissed in its entirety pursuant to the Equal Employment Opportunity Commission (EEOC) regulations, 29 C.F.R. §1614.105(a)(1),(2) and 29 C.F.R. 1614.107(a)(2). Accordingly, no corrective action or relief of any kind is required.

### STATEMENT OF FACTS

The complainant initially contacted the Food Safety and Inspection Service's (FSIS) Civil Rights Division Director on May 27, 2004. The complainant was initially interviewed on June 8, 2004, on which date the complainant alleged that the agency, on March 30, 2004, failed to properly control distribution of her highly sensitive personnel and disability information. Specifically, the complainant alleged that an employee found her highly sensitive personnel and disability information unattended in an FSIS office. The complainant also alleged denial of the opportunity to develop skills conducive to advancement and denial of other opportunities. Following an informal inquiry, a Notice of Right to File (NRF) a formal EEO complaint was issued on November 14, 2004. The complainant signed certified mail receipt number 7004 1350 0001 4548 4462, for the NRF, on December 4, 2004. Thereafter, on December 17, 2004, the complainant signed, dated and mailed the formal complaint, as indicated by the postmark.

### ANALYSIS AND FINDINGS

A key concept in civil rights regulations, as set forth in 29 C.F.R. §1614.105(a)(1), is the requirement that a complainant raise concerns about employment conditions or decisions in a timely manner. Specifically, 29 C.F.R. §1614.105(a)(1) states that an aggrieved person **must** initiate contact with an EEO Counselor within forty-five (45) days of the

date of the matter alleged to be discriminatory or in the case of a personnel action within forty-five (45) days of the effective date of the action. This permits the agency to quickly address problems before liabilities accrue, and while investigation of the facts may be accomplished. After the passage of time, documents may be destroyed, witnesses may retire or die, and memories may fade. Furthermore, 29 C.F.R. §1614.107(a)(2) indicates that an agency *shall* dismiss a complaint or a portion of a complaint that fails to comply with the applicable time limits.

Finally, under 29 C.F.R. §1614.105(a)(2), an agency shall extend the forty-five (45) day time limit when the employee shows that she was not notified of the time limit, was not otherwise aware of it, or there existed circumstances beyond the complainant's control that prevented timely contact with an EEO Counselor.

The complainant initially contacted the FSIS Civil Rights Division Director on May 27, 2004, concerning the agency's alleged failure to properly control distribution of her highly sensitive personnel and disability information on March 30, 2004, when it left the said information unattended in an FSIS office, to be subsequently discovered by another employee.

The forty-fifth (45th) day after March 30, 2004, was May 14, 2004. Therefore, the complainant should have brought this claim to the attention of an EEO Counselor not later than May 14, 2004. Moreover, the complainant, who is aware of the forty-five (45) day time limit, having previously brought at least five EEO complaints, provided no justification for extending the forty-five (45) day time limit. Consequently, pursuant to 29 C.F.R. § 1614.107(a)(2), we are dismissing this complaint for untimely counselor contact, and no corrective action or relief of any kind is required.

## CONCLUSION

For the reasons set forth above, this complaint is dismissed.

This is the final decision of the USDA on the cited complaint. A copy of the complainant's Appeal Rights are attached.

_____          APR 1 5 2005
Sadhna G. True                     Date
Director
Office of Civil Rights

Attachment

# DEPARTMENT OF AGRICULTURE
## OFFICE OF CIVIL RIGHTS
### Complaint of Employment Discrimination

**Complainant:**  Linda M. Lewis

**Complaint No:**  050142

**Agency:**  Food Safety and Inspection Service

### Certificate of Service

I certify that the documents listed were sent on this date by certified mail (unless otherwise specified) to:

Complainant:
    Linda M. Lewis
    8811 Colesville Road, #210
    Silver Spring, Maryland 20910-4328

Complainant's Representative:
    None

Agency Head:
    Barbara Masters (interoffice mail)
    Acting Administrator, FSIS
    Room 331-E

Agency Liaison:
    Dr. H. Steven L. Newbold, II
    Food Safety and Inspection Service
    Civil Rights Director
    5601 Sunnyside Avenue, Mail Drop: 5261
    Beltsville, Maryland 20705

Enclosures: Final Decision dated APR 15 2005
    EEOC Form 573 (to the complainant and representative only)

7003 0500 0003 8755 3817    Date APR 15 2005

pg-3

## APPEAL RIGHTS

### APPEAL TO THE EEOC

A Notice of Appeal may be filed with the EEOC within thirty (30) calendar days after receipt of this final decision. EEOC Form 573, Notice of Appeal/Petition, should be used to file the appeal. Also, what is being appealed should be indicated on the form. A copy of EEOC Form 573 is provided with this decision. Such notice should be addressed to:

> **Equal Employment Opportunity Commission**
> **Office of Federal Operations**
> P.O. Box 19848
> Washington, D.C. 20036

As an alternative to mailing, your appeal may be hand-delivered to:

> **Equal Employment Opportunity Commission**
> **Office of Federal Operations**
> 1801 L Street, N.W.
> Washington, D.C. 20507

As an alternative, you may also send your appeal by fax to the Office of Federal Operations at **(202) 663-7022**.

If there is an attorney of record, the thirty (30) calendar day time limit within which to appeal shall be calculated from the date of receipt of this decision by the attorney. In all other cases, the thirty (30) calendar day time limit within which to appeal shall be calculated from the date of your receipt of this decision.

The appeal shall be deemed filed on the day it is postmarked, or in the absence of a postmark, on the date it is received by the EEOC.

At the same time information is provided to the EEOC (to include a copy of the Notice of Appeal and any submissions in support of the appeal), there **must** be a service certification that a copy of the submission **has been** submitted to the USDA, Office of Civil Rights, Employment Complaints Division and the date and method of service. A copy of the appeal and any submissions in support thereof shall be forwarded to the agency at the following address:

> **U.S. Department of Agriculture**
> **Office of Civil Rights**
> **Employment Complaints Division**
> 1400 Independence Avenue, S.W.
> Washington, DC 20250-9440

Please note that, if your appeal is not filed within the thirty (30) calendar day time limit, the appeal may be dismissed by the EEOC. However, the EEOC may, at its discretion, extend the time limits and accept the appeal based upon a written statement that there was no actual notification of the time limit, or that a timely Notice of Appeal could not be filed, due to extenuating circumstances.

Any statement or brief in support of your appeal must be submitted to the EEOC within thirty (30) calendar days of filing the Notice of Appeal. The EEOC, Office of Federal Operations, accepts statements or briefs in support of appeals by facsimile transmittal, provided that they are no more than ten (10) pages long.

Any statement or brief by the USDA in opposition to your appeal must be submitted to the EEOC and served on you (or your attorney of record, if represented by an attorney) within thirty (30) calendar days of receipt of the statement or brief supporting the appeal, or if no statement or brief supporting the appeal has been filed, within sixty (60) calendar days of receipt of the appeal.

It is the responsibility of USDA to submit the entire complaint file to the EEOC, Office of Federal Operations, within thirty (30) calendar days of initial notification that an appeal has been filed.

## CIVIL ACTION IN FEDERAL DISTRICT COURT

You also have the right to file a civil action in an appropriate United States District Court. If you choose to file a civil action, you may do so:

1. within ninety (90) days of receipt of this final decision if no appeal has been filed; or

2. within ninety (90) days after receipt of the EEOC's final decision on appeal; or

3. after one hundred and eighty (180) days from the date of filing an appeal with the EEOC if there has been no final decision by the EEOC.

You must name the person who is the official agency head or department head as the defendant. Agency or department means the national organization, and not just the local office, facility, or department in which you might work. Do not name just the agency or department. You must also state the official title of the agency head or department head. In your case, you **must** name **Mike Johanns, Secretary of Agriculture**, as the defendant. Failure to provide the name or official title of the agency head or department head may result in dismissal of your case.

If you decide to file a civil action, under Title VII or under the Rehabilitation Act, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend the time for filing a civil action. Both the request and civil action <u>MUST BE FILED WITHIN NINETY (90) CALENDAR DAYS</u> of the date you receive the final decision by USDA or an EEOC's decision on appeal.

Unless an appeal is filed with the EEOC, failure to file a civil action within ninety (90) calendar days may result in the dismissal of your civil action. Filing a civil action under 29 C.F.R. §1614.407 or §1614.408 shall terminate processing an appeal before the EEOC. If a civil action is filed after an appeal is filed with the EEOC, the parties are requested to notify the EEOC in writing.

pg-6

# NOTICE OF APPEAL/PETITION
## TO THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### OFFICE OF FEDERAL OPERATIONS

**Complainant Information:** (Please Print or Type)

| | |
|---|---|
| Complainant's name (Last, First, M.I.): | |
| Home/mailing address: | |
| City, State, ZIP Code: | |
| Daytime Telephone # (with area code): | |
| E-mail address (if any): | |

**Attorney/Representative Information (if any):**

| | |
|---|---|
| Attorney name: | |
| Non-Attorney Representative name: | |
| Address: | |
| City, State, ZIP Code: | |
| Telephone number (if applicable): | |
| E-mail address (if any): | |

**General Information:**

| | |
|---|---|
| Name of the agency being charged with discrimination: | |
| Identify the Agency's complaint number: | |
| Location of the duty station or local facility in which the complaint arose: | |
| Has a **final action** been taken by the agency, an Arbitrator, FLRA, or MSPB on this complaint? | ____Yes; Date Received _____ (Remember to attach a copy)<br>____No<br>____This appeal alleges a breach of settlement agreement |
| Has a complaint been filed on this same matter with the EEOC, <u>another</u> agency, or through any <u>other</u> administrative or collective bargaining procedures? | ____No<br>____Yes (Indicate the agency or procedure, complaint/docket number, and attach a copy, if appropriate) |
| Has a civil action (lawsuit) been filed in connection with this complaint? | ____No<br>____Yes **(Attach a copy of the civil action filed)** |

**NOTICE:** Please **attach a copy of the final decision or order** from which you are appealing. If a hearing was requested, please attach a copy of the agency's final order and a copy of the EEOC Administrative Judge's decision. Any comments or brief in support of this appeal MUST be filed with the EEOC **and** with the agency **within 30 days** of the date this appeal is filed. The date the appeal is filed is the date on which it is postmarked, hand delivered, or faxed to the EEOC at the address above.

| | |
|---|---|
| Signature of complainant or complainant's representative: | |
| Date: | |

# PRIVACY ACT STATEMENT

(This form is covered by the Privacy Act of 1974. Public Law 93-597. Authority for requesting the personal data and the use thereof are given below.)

1. **FORM NUMBER/TITLE/DATE**: EEOC Form 573, Notice of Appeal/Petition, January 2001
2. **AUTHORITY**: 42 U.S.C. § 2000e-16
3. **PRINCIPAL PURPOSE**: The purpose of this questionnaire is to solicit information to enable the Commission to properly and efficiently adjudicate appeals filed by Federal employees, former Federal employees, and applicants for Federal employment.
4. **ROUTINE USES**: Information provided on this form will be used by Commission employees to determine: (a) the appropriate agency from which to request relevant files; (b) whether the appeal is timely; (c) whether the Commission has jurisdiction over the issue(s) raised in the appeal, and (d) generally, to assist the Commission in properly processing and deciding appeals. Decisions of the Commission are final administrative decisions, and, as such, are available to the public under the provisions of the Freedom of Information Act. Some information may also be used in depersonalized form as a data base for statistical purposes.
5. **WHETHER DISCLOSURE IS MANDATORY OR VOLUNTARY AND EFFECT ON INDIVIDUAL FOR NOT PROVIDING INFORMATION**: Since your appeal is a voluntary action, you are not required to provide any personal information in connection with it. However, failure to supply the Commission with the requested information could hinder timely processing of your case, or even result in the rejection or dismissal of your appeal.

Send your appeal to:

The Equal Employment Opportunity Commission

Office of Federal Operations

P.O. Box 19848

Washington, D.C. 20036

pg-8