FILED
JUL 2 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Clerk of the Court
333 Constitution Ave., NW
Washington, DC 2001

| | |
|---|---|
| LINDA M. LEWIS,<br>8811 Colesville Road, #210,<br>Silver Spring Maryland, 20910<br>　　　Plaintiff,<br><br>v.<br><br>MIKE JOHANNS,<br>SECRETARY OF AGRICULTURE,<br>1400 Independence Ave, SW, RM 3312<br>Washington, DC 20250<br>　　　Defendant. | )<br>)<br>)<br><br>)<br>CASE NUMBER  1:05CV01507<br><br>JUDGE: Richard J. Leon<br><br>DECK TYPE: Employment Discrimination<br><br>DATE STAMP: 07/29/2005<br>)<br>)<br>)<br>) |

**Motion To Request Court-Appointed Attorney**
**and**
**Affidavit in Support thereof**

I, Linda Lewis, hereby make a motion for a court appointed attorney for the following reasons:

1. I am suffering from a tremendous amount of legal debt and other financial obligations from the numerous complaints I have filed up until the complaint.

2. I have made countless attempts to secure an attorney, but I have not been able to secure one that I can afford their initial retainer or commit to their fee arrangements due to my previous debt.

3. I have made countless attempts to secure an attorney but have not be able to find one who is willing to take my case.

4. I am suffering from an extreme amount of stress and anxiety in the pursuit of my rights, wherein this process only continues to confuse and frustrate me, adding to my stress and anxiety.

5. I contend the Agency has contributed in confusing and frustrating the process by willfully withholding cases in contempt of Judge Richard E. Schneider's order for remand Attached at Attachment 2. The Agency's willfulness has exacerbated my financial problems since I have had to continue to pay for legal advice on how to enforce the Order or Remand several times in subsequent court actions.

6. Approximately two weeks prior to the filing of this complaint, I developed an eye condition making it difficult to read a computer screen and work on detailed projects for an extended period.

I swear these facts are true to the best of my knowledge under the penalty of perjury

*Linda M. Lewis*
Linda M. Lewis
Date: July 29, 2005

8811 Colesville Rd #210
Silver Spring MD 20910
202 210 8539