# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

LINDA M. LEWIS,          )

       Plaintiff,     )

       )     **Civil Case No. 05-01507(RJL)**

     v.     )

MIKE JOHANNS,     )

      Defendant.   )

## ORDER

Upon receipt of Plaintiff's Motion to Request Court-Appointed Attorney, and consideration of the entire record herein, it is this _12_ day of September, 2005 hereby

**ORDERED** that Plaintiff fill out the attached Application to Proceed Without Prepayment of Fees and Affidavit within 14 days from this Order; and it is hereby

**ORDERED** that Plaintiff's motion be stayed until the filing of the Application.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_____    District of    COLUMBIA    _____

<table>
<tr><td>Plaintiff<br><br>V.<br><br><br>Defendant</td><td>APPLICATION TO PROCEED<br>WITHOUT PREPAYMENT OF<br>FEES AND AFFIDAVIT<br><br><br>CASE NUMBER:</td></tr>
</table>

I, _____ declare that I am the (check appropriate box)

☐ petitioner/plaintiff/movant/respondent    ☐ other _____

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?        ☐ Yes        ☐ No        (If "No," go to Part 2)

    If "Yes," state the place of your incarceration _____

    Are you employed at the institution? _____ Do you receive any payment from the institution? _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2.  Are you currently employed?        ☐ Yes        ☐ No

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  (List both gross and net salary.)


    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.


3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ Yes | ☐ No |
    | b. | Rent payments, interest or dividends | ☐ Yes | ☐ No |
    | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☐ No |
    | d. | Disability or workers compensation payments | ☐ Yes | ☐ No |
    | e. | Gifts or inheritances | ☐ Yes | ☐ No |
    | f. | Any other sources | ☐ Yes | ☐ No |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.