RECEIVED
SEP 29 2005
JUDGE RICHARD LEON

Case Number 1:15-cv-01507-RJL (Linda Lewis v. Mike Johanns)

Response to the Order of Richard J. Leon (filed 9/13/05), p. 2 of 2
Re:  Application to Proceed Without Prepayment of Fees and Affidavit

In response to the Order, I provide the following information, in continuation of the information provided on page 1.

My employer is the United States Department of Agriculture, Food Safety and Inspection Service, which is located at 14th Street and Independence Avenue, SW, Washington, DC, 20050. As of this date, my net bi-weekly pay is approximately $1,462. My gross bi-weekly pay is approximately $3,344. Outstanding loans on my federal thrift savings account, which were necessary to pay for past legal representation, account for the difference in gross and net pay.

I expect my financial situation to change significantly in October, when I plan to retire. My income will then decrease to approximately $7,200 annually, paid from my federal employee retirement savings (FERS) account.

Signed,

_Linda M. Lewis_      Sept. 26, 2005
Linda M. Lewis (pro se)      Date

Witnessed by

_[signature]_      9/26/2005
                   Date

LANCE S. MELDON
NOTARY PUBLIC STATE OF MARYLAND
My Commission Expires September 1, 2007

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of __COLUMBIA__

Plaintiff

V.

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: CV 05-1507 (RJL)

I, __Linda Lewis__ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☒ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.