UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDA M. LEWIS,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Civil Action No. 05-1507 (GK) |
| : | |
| **MIKE JOHANNS,** : | |
| **Secretary of Agriculture** : | |
| : | |
| **Defendant.** : | |

## ORDER

This matter comes before the Court upon Plaintiff's Motion To Request Court Appointed Attorney, [**#2**]. The Court will deny Plaintiff's motion for the following reasons.

Plaintiffs in civil cases generally do not have a constitutional or statutory right to counsel. Ray v. Robinson, 640 F.2d 474, 477 (3d Cir. 1981). If a plaintiff is proceeding in forma pauperis, the court is authorized to appoint counsel under 28 U.S.C. § 1915 (e)(1), but is not obliged to do so unless the plaintiff demonstrates such exceptional circumstances exist that the denial of counsel would result in fundamental unfairness. Cookish v. Cunningham, 787 F.2d 1, 2 (1st Cir. 1986). "Whether exceptional circumstances exist requires an evaluation of the type and complexity of each case, and the abilities of the individual bringing it." Id.

After Plaintiff filed her Motion, Judge Leon, who was then

presiding over this case, instructed her to complete an Application to Proceed Without Prepayment of Fees and Affidavit. The information Plaintiff provided in her application indicates that she earns a gross annual salary of $86,944, although she plans to retire in the near future. She is clearly ineligible for court appointed counsel. Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion To Request Court Appointed Attorney, [**#2**], is **denied** without prejudice.

October 31, 2005

/s/
Gladys Kessler
United States District Judge

**Copies to**:

Linda M. Lewis
8811 Colesville Road
Apartment 210
Silver Spring, MD 20910
(202) 210-8539