IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA M. LEWIS

Plaintiff

v.                                          Case No. 1:05CV01507 GK

MIKE JOHANNS, SECRETARY OF
AGRICULTURE

Defendant

### Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Nov22 05 at 2:05pm at the address of 501 3rd Street NW Washington DC 20001, I duly served the following documents(s): Summons and Complaint in the above entitled action upon UNITED STATES ATTORNEY by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with REGINALD D. ROWAN, LEGAL ASSITANT TO THE UNITED STATES ATTORNEY, WHO STATED HE WAS AUTHORIZED TO ACCEPT SERVICE OF PROCESS IN THE ABOVE CAPTIONED MATTER.

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

Signature: _____   Date: 11-28-05
Roland Gonzales
Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484

**RECEIVED**

DEC 1 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT