UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA M. LEWIS

    Plaintiff,

v.

MIKE JOHANNS, Secretary
U.S. Department of Agriculture,

    Defendant.

Civil Action No. 05-1507

Judge: Gladys Kessler

## AFFIDAVIT OF MAILING

I, Linda Lewis, hereby state that on the twenty-first (21st) day of November, 2005, I caused to be deposited in the United States mail a copy of the summons and complaint in the above captioned case, postage prepaid for overnight delivery, return receipt requested, and addressed to the defendant, Mike Johanns, at the following address: 1400 Independence Avenue, SW, Room 3312, Washington, D.C., 20250.

I have received the return receipt for the certified (Express) mail, No.EQ3026226895US (attached hereto) indicating that delivery of the summons and complaint was made upon said defendant, and signed for, on the twenty-first (21st) of November, 2005.

Also, on the twenty-first (21st) day of November, 2005, I caused to be deposited in the United States mail a copy of the summons and complaint in the above captioned case, postage prepaid for overnight delivery, return receipt requested, and addressed to Alberto Gonzales, Attorney General of



RECEIVED
DEC 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the United States, at the following address: 950 Pennsylvania Avenue, N.W., Washington, D.C., 20530-0001.

I have received the receipt for the certified (Express) mail, No. EQ302626881US (attached hereto), indicating that delivery of the summons and complaint was made upon said federal office, and signed for, on the twenty-second (22nd) day of November, 2005.

Attached also is an Affidavit of Service by Roland Gonzales certifying that a copy of the summons and complaint in the above captioned case was personally delivered on November 22, 2005, at 2:05 pm, to the United States Attorney's authorized representative.

I declare under penalty of perjury of the laws of the United States of America that the foregoing information is true and correct.

_Dec. 6, 2005_　　　　　　　　　　　_Linda Lewis_
Date　　　　　　　　　　　　　　　Signature

Attachments

2

Case 1:05-cv-01507-GK    Document 8    Filed 12/08/2005    Page 3 of 5



```
Silver Spring Main Post Office
SILVER SPRING, Maryland
         20907
    1050050907-0092
    (301)608-1304
11/21/2005                    03:39:29 PM
----------------------------------------
              Sales Receipt
Product          Sale     Unit   Final
Description      Qty      Price  Price
WASHINGTON DC 20250 EM                $13.65
PO-Add Flat Rate
Serial Number    EQ302626895US
Next Day Noon / Normal
Delivery
Return Receipt (Green Card)           $1.75
                         Issue PVI:  $15.40
WASHINGTON DC 20530 EM                $13.65
PO-Add Flat Rate
Serial Number    EQ302626881US
Next Day Noon / Normal
Delivery
Return Receipt (Green Card)           $1.75
                         Issue PVI:  $15.40
                         ================
Total:                               $30.80
Paid by:
  Cash                                $40.00
  Change Due:                         -$9.20

Bill#: 1000801157107
Clerk: 16

-- All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.
            Customer Copy
```



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA M. LEWIS

Plaintiff

v.                                                          Case No. 1:05CV01507

MIKE JOHANNS, SECRETARY OF
AGRICULTURE

Defendant

## Affidavit of Service by Private Process Server

I, Roland Gonzales, certify that on Nov22 05 at 2:05pm at the address of 501 3rd Street NW Washington DC 20001, I duly served the following documents(s): Summons and Complaint in the above entitled action upon UNITED STATES ATTORNEY by then and there personally delivering a true and correct copy of the documents into the hands of and leaving with REGINALD D. ROWAN, LEGAL ASSITANT TO THE UNITED STATES ATTORNEY, WHO STATED HE WAS AUTHORIZED TO ACCEPT SERVICE OF PROCESS IN THE ABOVE CAPTIONED MATTER.

The undersigned hereby solemnly affirms under the penalties of perjury and upon personal knowledge that the contents of the foregoing document are true and do affirm I am a competent person over 18 years of age and not a party to this action.

Signature: _____       Date: 11-28-05
Roland Gonzales
Contracted by Due Process
P.O. Box 2396
Columbia, MD 21045
800-228-0484