UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY OF )<br>AGRICULTURE )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 05-1507 (RJL) |

**PRAECIPE**

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th St., N.W., Room 10-114
Washington, D.C. 20530
(202) 514-7220

Dated: January 20, 2006.

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Praecipe** was served upon plaintiff pursuant to the Court's ECF system, addressed to:

> **Linda M. Lewis**
> **8811 Colesville Road #210**
> **Silver Spring, MD 20910**

on this 20th day of January, 2006.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building, 10th Floor
Civil Division
555 4th Street, NW
Washington, D.C. 20530