UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY OF )<br>AGRICULTURE )<br>)<br>    Defendant. )<br>_____) | Civil Action No.: 05-1507 (GK) |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, identified in the Complaint as Mike Johanns, Secretary of Agriculture, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint. Defendant requests that the deadline for responding to this complaint be extended 30 days, specifically from January 23 to February 23, 2006. This is Defendant's first request for an enlargement of time, and no scheduling order has been entered in this case. Counsel for Defendant was unable to reach Plaintiff, *pro se*, concerning her position on this motion.[1]

This enlargement of time is sought because additional time is needed for counsel for Defendant to confer with agency counsel and obtain critical information about the circumstances of this case. Plaintiff's complaint appears to allege the "kitchen sink," including violations of the Privacy Act, discrimination based on age, sex, race, and disability, and hostile work environment and retaliation. Counsel for Defendant needs the additional time to communicate with agency counsel, and then counsel can begin to formulate Defendant's response to Plaintiff's numerous

---

[1] Plaintiff, *pro se*, failed to comply with Local Rule 5.1(e)(1), which requires that the caption include the party's telephone number. LCvR 5.1(e)(1).

conclusory allegations.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to respond will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including February 23, 2006.

Dated: January 20, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7220

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff pursuant to the Court's ECF system, addressed to:

>**Linda M. Lewis**
>**8811 Colesville Road #210**
>**Silver Spring, MD 20910**

on this 20th day of January, 2006.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530