UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINDA M. LEWIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1507 (GK) |
| | : | |
| MIKE JOHANNS, Secretary of Agriculture, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Court has received the Defendant's Motion for Enlargement of Time. It is **denied** for failure to comply with LCvR 7(c). This is an ongoing problem with the Government and from this time forward, motions will be denied for this failure. Moreover, the Court does not appreciate the disparaging language used about Plaintiff's Complaint in the second paragraph of the Motion. As the Government is well aware, Plaintiff is pro se and the condescending language is totally inappropriate.

January 23, 2006

/s/
Gladys Kessler
United States District Judge