UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No.: 05-1507 (GK) |
| MIKE JOHANNS, SECRETARY OF AGRICULTURE, | ) |
|       Defendant. | ) |

**DEFENDANT'S MOTION FOR RECONSIDERATION**

Defendant Mike Johanns, Secretary of Agriculture, by and through undersigned counsel, respectfully moves this Court for reconsideration of the Court's January 23, 2006 Order denying Defendant's First Motion For Extension of Time. Counsel for Defendant was unable to reach Plaintiff, *pro se*, concerning her position on this motion.[1] The grounds for this motion are set forth below, and a proposed order is attached.

The Court denied Defendant's motion because the undersigned failed to attach a proposed order as required by LCvR 7(c). While the undersigned should have been mindful of the 7(c) requirement, her failure to attach a proposed order was inadvertent. Many judges currently are not requiring that proposed orders be attached to motions for extension of time; counsel simply forgot that this Court continues to require proposed orders for all motions.

As to the Court's concern that Defendant's extension motion disparaged the pro se plaintiff, the undersigned wishes to assure the Court that she intended no disparagement

---

[1] Because Plaintiff, *pro se*, did not comply with Local Rule 5.1(e)(1), which requires that the caption include the party's telephone number, see LCvR 5.1(e)(1), counsel for Defendant has no telephone contact information for Plaintiff.

whatsoever. In noting that Plaintiff's complaint contained numerous conclusory allegations, the undersigned sought merely to explain that more time would be needed to respond to the complaint because the factual basis for all of the allegations was not clear.

Once counsel for Defendant can confer with agency counsel and obtain critical information about the circumstances of this case, Defendant can then formulate its response to the complaint. Allowing Defendant some additional time to respond will aid both the parties and the Court in the development and resolution of this case. Furthermore, Defendant reiterates that this extension is sought in good faith and will not unfairly prejudice any party.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the Court reconsider its Order denying Defendant's motion for extension of time, and allow Defendant up to and including February 23, 2006, to answer or otherwise respond to Plaintiff's complaint.

Dated: January 23, 2006        Respectfully submitted,

/s/
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney

/s/
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Motion For Reconsideration** was served upon plaintiff pursuant to the Court's ECF system, addressed to:

> **Linda M. Lewis**
> **8811 Colesville Road #210**
> **Silver Spring, MD 20910**

on this 23rd day of January, 2006.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530