UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY OF )<br>AGRICULTURE )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 05-1507 (GK) |

**ORDER**

UPON CONSIDERATION of Defendant's motion for reconsideration of the Court's Order denying Defendant's motion for enlargement of time, and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that Defendant's motion is hereby GRANTED, and that Defendant shall have through and including February 23, 2006 to respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE