UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY OF )<br>AGRICULTURE )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 05-1507 (GK) |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, identified in the Complaint as Mike Johanns, Secretary of Agriculture, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint. Defendant requests that the deadline for responding to this complaint be extended 32 days, specifically from February 23 to March 27, 2006. This is Defendant's second request for an enlargement of time, and no scheduling order has been entered in this case. Counsel for Defendant contacted Plaintiff, *pro se*, concerning her position on this motion, who indicated that she opposes the requested extension. A proposed order is attached.

This enlargement of time is sought because on February 16, 2006, the U.S. Attorney's Office was served with a new complaint filed by Plaintiff, *pro se*, and an attached notice of related cases, in which Plaintiff asserts similar claims that involve common issues of fact to the case at hand. See Civil Action No. 06-0255 (GK), Docket Entry No. 1. Counsel for Defendant agrees with Plaintiff that the complaints in both cases appear to be based on "common issues of fact," and it appears to counsel that Plaintiff's new complaint may identify more specifically the

underlying claims in the present case. Accordingly, Defendant needs additional time to determine the circumstances surrounding all of Plaintiff's claims and to determine how to respond to this complaint. In addition, although counsel for Defendant has been working with agency counsel to obtain critical information concerning the administrative record, which includes several administrative complaints filed by Plaintiff, counsel for Defendant has been unable to obtain all of the necessary information at this time. Once counsel for Defendant obtains all of the necessary information, she can then begin to formulate Defendant's response to the complaint.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to respond will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to the complaint be extended to and including March 27, 2006.

Dated: February 21, 2006.

Respectfully submitted,

KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff by first-class mail, postage pre-paid and marked for delivery to:

**Linda M. Lewis
8811 Colesville Road #210
Silver Spring, MD 20910**

on this 21st day of February, 2006.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530