UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINDA M. LEWIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 05-1507 (GK) |
| | ) | |
| MIKE JOHANNS, SECRETARY OF AGRICULTURE | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

UPON CONSIDERATION of Defendant's motion for enlargement of time, and the entire

record in this matter, and for good cause shown, it is this _____ day of

_____, 2006,

ORDERED that Defendant's motion is hereby GRANTED, and that Defendant shall have

through and including March 27, 2006 to respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE