UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-1507 (GK) |
| ) | |
| MIKE JOHANNS, SECRETARY OF ) | |
| AGRICULTURE ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>ORDER</u>**

This matter having come before the Court on Defendant Mike Johanns, Secretary, U.S. Department of Agriculture's Motion to Dismiss, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Defendant's Motion To Dismiss is hereby GRANTED; and it is

FURTHER ORDERED that Plaintiff's claims are hereby DISMISSED in their entirety, with prejudice.

_____
United States District Judge