UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA M. LEWIS,  )
8811 Colesville Rd, #210, Silver Spring,  )
MD 20910, (202) 210-8539,  )
                              )  Civil Action No.: 05-1507 (GK)
       Plaintiff,  )
v.  )
                              )
MIKE JOHANNS,  )
SECRETARY OF AGRICULTURE,  )
       Defendant.  )

**PLAINTIFF'S MOTION to ENLARGE TIME TO RESPOND to DEFENDANT's MOTION to DISMISS, and MOTION to AMEND COMPLAINT**

The Plaintiff requests an enlargement of time to respond to the Defendant's Motion to Dismiss, received by the Plaintiff on March 27. The Plaintiff, being *pro se* and unfamiliar with the law, needs additional time to research the extensive case law cited in the Defendant's motion. As well, the Plaintiff has a debilitating health condition, and has been informed by her physician that hospital tests are required.

The Plaintiff requests an additional 45 days to respond, upon which she calculates May 15 would be the new deadline. Plaintiff has conferred with Defense counsel, who has no objection to the motion.

The Plaintiff also requests permission to amend the Complaint to correct a typographical error and to clarify her claims.

**RECEIVED**

MAR 3 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The date of May 27, 2004, identified in the Complaint as the date a complaint was first filed with the Agency's civil rights office, is incorrect. The actual date was May 14, 2004.

During the weeks prior to the deadline for filing the Complaint in U.S. District Court, the Plaintiff was ill and occupied with a formal Agency investigation of a second complaint. The Plaintiff asked a third party to type up the Complaint. But, the typist, delayed by emergencies in her own life, was unable to complete the work until a few hours before filing. Having no opportunity to compare the complaint with records, the Plaintiff did not pick up on the error before the Complaint was filed in U.S. District Court.

The typist may have been confused by the Agency's Final Decision letter, which gives May 27 as the filing date. The Plaintiff had informed the Agency several times of the correct date, and the Agency had in its possession the original complaint. Nevertheless, the Agency continued to replicate the error. The attached copies of the complaint and fax receipt, both dated May14, show that the complaint was timely filed within the 45 day time limit.

Defendant, the U.S. Department of Agriculture (USDA) has a long history of wrongly claiming that the Plaintiff did not timely file complaints within the 45-day timeframe allowed under the administrative process. Notably, USDA has never succeeded with such a claim.

The Plaintiff also proposes to clarify her claims in the current Complaint to more clearly explain the pattern and incidents of USDA discrimination and retaliation, the justification for relief, and the kinds of relief that are warranted.

2

The Plaintiff therefore requests the Court's permission to amend the Complaint, and to file it on May 15.

*Linda M. Lewis*　　　　　　　　　　　　March 30, 2006
Linda M. Lewis (*pro se*)　　　　　　　　　Date

8811 Colesville Road, #210
Silver Spring, MD  20910
(202) 210-8539

3

I declare under penalty of perjury that the attached documents are true and correct copies.

_Linda M. Lewis_ (signature)    March 31, 2006
Linda M. Lewis (*pro se*)                Date

8811 Colesville Road, #210
Silver Spring, MD  20910
(202) 210-8539

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's Motion To Enlarge Time To Respond To Defendant's Motion To Dismiss, and Motion To Amend Complaint has been served upon the Defendant by certified mail, this _31st_ day of March, 2006, at the following address:

> Megan L. Rose,
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W. – Civil Division
> Washington, D.C. 20530
> (202) 514-7220

Signed,

*Linda M. Lewis*
Linda M. Lewis (*pro se*)

8811 Colesville Road, #210
Silver Spring, MD 20910
(202) 210-8539

May 14, 2004
8710 Hayshed Lane #302
Columbia, MD  21045

Dr. H. Steven Newbold, Director
USDA-FSIS-OM-CRD
Mail Drop 5261
Beltsville, MD  20705

BY MAIL AND BY FAX

Dear Mr. Newbold:

I hereby file a complaint regarding the possible violation of my civil rights on or about March 30, 2004. That afternoon, a file containing highly sensitive personnel information regarding me, including documentation related to personnel actions and a perceived disability, reportedly was discovered, abandoned, in an FSIS office with no rationale basis to have or store such information. On the following day, March 31, Ms. Tonia Malone brought the above file to the attention of Ms. Betty Barrett and me.

Failure to properly control distribution of sensitive personnel and disability information potentially violates the Privacy Act of 1974, the Americans with Disabilities Act and the Rehabilitation Act of 1973, as amended. The unauthorized disclosure of such informaton, which included documents related to past incidents of retaliation and discrimination, caused me embarrassment and aggravated emotional wounds caused by earlier violations of my civil rights.

I request that you act as an agent of USDA to arrange for an investigation of the above incident by the appropriate office and to ensure that my civil rights are protected under all applicable federal laws.

Sincerely,


Linda M. Lewis
FSIS, OFSEP, Scientific and Technical Support Staff
Room 414, Aerospace Building
901 D Street
Washington, DC  20024
Cell phone:  (202) 607-7064

 # Complimentary Fax Cover Sheet

| To: | From: |
|---|---|
| DR. H. S. NEWBOLD<br>USDA/FSIS C.R.D.<br>5601 Sunnyside Ave.,<br>　Mail Drop 5261<br>Beltsville, MD 20705-5261 | L. M. Lewis |
| Fax # (301) 504-7746 | Phone # (202) 607-7064 |
| Date:<br>MAY 14, 2004 | O Urgent  ☑ Confidential  ☑ Confirm Receipt |
| Number of Pages:<br>(Including Cover)  2 | Reply Fax # (202) 638-3910 |

Message:

**Staples Copy Centers also offer these additional services:**
- High Speed Black and White Copying
- Binding Services
- Custom Printing
- Digital Color Copying
- Laminating Services
- Custom Checks & Forms
- Convenient Self-Serve Copiers
- Custom Stamps & Engraving
- Personalized Calendars



**IMPORTANT**

Staples is not responsible for the content of this facsimile. Our customers are cautioned against sending confidential or sensitive personal information via facsimile. Staples is not responsible for misdirected facsimiles. If you received this facsimile in error, please notify the sender at the phone number inserted above for directions concerning the facsimile.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS,<br>8811 Colesville Rd, #210, Silver Spring,<br>MD 20910, (202) 210-8539,<br><br>    Plaintiff,<br>v.<br><br>MIKE JOHANNS,<br>SECRETARY OF AGRICULTURE,<br><br>    Defendant. | Civil Action No.: 05-1507 (GK) |

## ORDER

UPON CONSIDERATION of Plaintiff's Motion To Enlarge Time To Respond To Defendant's Motion To Dismiss, and Motion To Amend Complaint, it is

this_____day of_____, 2006,

ORDERED that the Plaintiff is granted permission to amend the Complaint, to be filed by May15.

_____
UNITED STATES DISTRICT JUDGE