UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LINDA M. LEWIS,** | : | |
| Plaintiff, | : | |
| v. | : | **Civil Action No. 06-255 (GK)** |
| | : | **Civil Action No. 05-1507 (GK)** |
| **MIKE JOHANNS,** | : | |
| Secretary, United States Dept. of Agriculture, | : | |
| Defendant. | : | |

### O R D E R

It is hereby

**ORDERED** that an Initial Scheduling Conference will be held on **April 25, 2006** at **9:30 a.m.** in both of Plaintiff's related cases, Civil Action No. 05-1507 and Civil Action No. 06-255; and it is further

**ORDERED** that if the parties find it necessary to supplement their Joint Rule 16.3 Statement for Civil Action No. 05-1507, they may do so by **April 24, 2006** at **4:00 p.m.**.

April 18, 2006

/s/
Gladys Kessler
United States District Judge

**Copies to: attorneys of record via ECF and**

**LINDA M. LEWIS**
**8811 Colesville Road**
**Apartment 210**
**Silver Spring, MD 20910**
**(202) 210-8539**