UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**LINDA M. LEWIS,**            :
                               :
      **Plaintiff,**     :
                               :
   v.                         :   **Civil Action No. 06-255 (GK)**
                               :   **Civil Action No. 05-1507 (GK)**
                               :
**MIKE JOHANNS,**              :
**Secretary, United States Dept.** :
**of Agriculture,**            :
                               :
      **Defendant.**     :

## O R D E R

A status conference was held in the above-captioned cases on April 25, 2006. It is hereby

**ORDERED** that Plaintiff shall file a praecipe by **June 15, 2006** either stating that she has not retained counsel and does not intend to, or entering an appearance for counsel in these cases; it is further

**ORDERED** that the Court's Order of April 4, 2006 in case 05-cv-1507, granting Plaintiff leave to amend her Complaint, is **vacated.**

                                                  /s/
                                                  Gladys Kessler
                                                  United States District Judge

Date: April 26, 2006

**Copies to: attorneys of record via ECF and**

**LINDA M. LEWIS**
**8811 Colesville Road**

**Apartment 210**
**Silver Spring, MD 20910**