UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA M. LEWIS,
    Plaintiff,
v.                                                   ) Civil Action No.: 05-1507 (GK)

MIKE JOHANNS, Secretary, United
States Dept. of Agriculture,
    Defendant.

## ERRATA

In Plaintiff's April 24 Brief Statement Of Case And Statutory Bases Per Local Rule 16.3, page 2, the date "March 30" should read "March 31." The described files were discovered on March 30, but the Plaintiff was not informed of the discovery until the following day, as the attached complaint filed with the Agency, on May 14, 2004, confirms.

Dated: April 25, 2006

Respectfully submitted,

*Linda M. Lewis*
Linda M. Lewis
Plaintiff, pro se
8811 Colesville Road #210
Silver Spring, MD 20910
Phone: (202) 210-8539

**RECEIVED**

APR 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's PLAINTIFF'S BRIEF STATEMENT OF CASE AND STATUTORY BASES PER LOCAL RULE 16.3 has been served upon the Defendant in person and by email this 25th day of April, 2006, at the following address:

>Megan L. Rose,
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W. – Civil Division
>Washington, D.C. 20530
>(202) 514-7220
>Megan.Rose@usdoj.gov

Signed,

*Linda M. Lewis*
Linda M. Lewis (*pro se*)

8811 Colesville Road, #210
Silver Spring, MD 20910
(202) 210-8539

May 14, 2004
8710 Hayshed Lane #302
Columbia, MD 21045

Dr. H. Steven Newbold, Director
USDA-FSIS-OM-CRD
Mail Drop 5261
Beltsville, MD 20705

BY MAIL AND BY FAX

Dear Mr. Newbold:

I hereby file a complaint regarding the possible violation of my civil rights on or about March 30, 2004. That afternoon, a file containing highly sensitive personnel information regarding me, including documentation related to personnel actions and a perceived disability, reportedly was discovered, abandoned, in an FSIS office with no rationale basis to have or store such information. On the following day, March 31, Ms. Tonia Malone brought the above file to the attention of Ms. Betty Barrett and me.

Failure to properly control distribution of sensitive personnel and disability information potentially violates the Privacy Act of 1974, the Americans with Disabilities Act and the Rehabilitation Act of 1973, as amended. The unauthorized disclosure of such informaton, which included documents related to past incidents of retaliation and discrimination, caused me embarrassment and aggravated emotional wounds caused by earlier violations of my civil rights.

I request that you act as an agent of USDA to arrange for an investigation of the above incident by the appropriate office and to ensure that my civil rights are protected under all applicable federal laws.

Sincerely,


Linda M. Lewis
FSIS, OFSEP, Scientific and Technical Support Staff
Room 414, Aerospace Building
901 D Street
Washington, DC 20024
Cell phone: (202) 607-7064



# Complimentary Fax Cover Sheet

**To:**
DR. H. S. NEWBOLD
USDA/FSIS C.R.D.
5601 Sunnyside Ave.,
   MailDrop 5261
Beltsville, MD 20705-5261

**From:** L. M. Lewis

**Fax #** (301) 504-7746

**Phone #** (202) 607-7064

**Date:** MAY 14, 2004

O Urgent  ☑ Confidential  ☑ Confirm Receipt

**Number of Pages:** (Including Cover) 2

**Reply Fax #** (202) 638-3910

**Message:**

**Staples Copy Centers also offer these additional services:**
- High Speed Black and White Copying
- Binding Services
- Custom Printing
- Digital Color Copying
- Laminating Services
- Custom Checks & Forms
- Convenient Self-Serve Copiers
- Custom Stamps & Engraving
- Personalized Calendars



## IMPORTANT

Staples is not responsible for the content of this facsimile. Our customers are cautioned against sending confidential or sensitive personal information via facsimile. Staples is not responsible for misdirected facsimiles. If you received this facsimile in error, please notify the sender at the phone number inserted above for directions concerning the facsimile.