UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA M. LEWIS,
8811 Colesville Rd, #210, Silver Spring,
MD 20910, (202) 210-8539,

    Plaintiff,
v.

MIKE JOHANNS,
SECRETARY OF AGRICULTURE,

    Defendant.

Civil Action No.: 05-1507 (GK)
Civil Action No.: 06-2507 (GK)

## PLAINTIFF'S MOTION for ENLARGEMENT OF TIME
## TO RESPOND to JUDGE's APRIL 26 ORDER

The Plaintiff respectfully requests an enlargement of time to respond to the Judge's April 26 Order to file by June 15, 2006, a praecipe stating that she has not obtained counsel and does not intend to, or entering an appearance for counsel.

The Plaintiff has been ill and, additionally, suffered complications, following medical procedures conducted on May 2, that are physically debilitating. This restricted her ability to gather case documents and summarize the rather complex case for prospective attorneys. Nevertheless, the Plaintiff made some progress and is now at the point of having the case reviewed by prospective attorneys. Meanwhile, Plaintiff has been seeking additional medical opinions and tests in the hope of getting relief, which is critical to prosecuting her case, with or without the assistance of legal counsel.



RECEIVED
JUN - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In consideration of the above circumstances, the Plaintiff pleads for an additional 30 days to respond with a praecipe, in the interests of justice and efficiency.

*Linda M. Lewis* (signature)                  June 7, 2006
Linda M. Lewis (*pro se*)                      Date

8811 Colesville Road, #210
Silver Spring, MD 20910
(202) 210-8539

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's Motion To Enlarge Time To Respond To Defendant's Motion To Dismiss, and Motion To Amend Complaint has been served upon the Defendant by certified mail, this ___7___ day of June, 2006, at the following address:

>   Megan L. Rose,
>   Assistant United States Attorney
>   Judiciary Center Building
>   555 4th Street, N.W. – Civil Division
>   Washington, D.C. 20530
>   (202) 514-7220

Signed,

*Linda M. Lewis*
Linda M. Lewis (*pro se*)

8811 Colesville Road, #210
Silver Spring, MD 20910
(202) 210-8539
lewisplan@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LINDA M. LEWIS,<br>8811 Colesville Rd, #210, Silver Spring,<br>MD 20910, (202) 210-8539,<br><br>          Plaintiff,<br>v.<br><br>MIKE JOHANNS,<br>SECRETARY OF AGRICULTURE,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-1507 (GK)<br>) Civil Action No.: 06-2507 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion For Enlargement Of Time To Respond To Judge's April 26 Order, it is this _____ day of _____, 2006,

ORDERED that the Plaintiff is granted permission to file the April 26 requested praecipe by July 15, 2006.

 

_____
UNITED STATES DISTRICT JUDGE