UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA M. LEWIS,            )
                           )
         Plaintiff,        ) Civil Action No.: 05-1507 (GK)
    v.                     )
                           )
MIKE JOHANNS,              )
SECRETARY OF AGRICULTURE,  )
                           )
         Defendant.        )

## PRAECIPE

The Plaintiff respectfully requests that the Court enter for the record that the Plaintiff has not retained counsel and, therefore, will represent herself, *pro se*, in the above captioned case.

Respectfully submitted,

*Linda M. Lewis*

LINDA M. LEWIS (*pro se*)
8811 Colesville Road, #210
Silver Spring, MD 20910
(202) 210-8539

Dated: July 15, 2006

RECEIVED
JUL 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's Praecipe (05-1507 and 06-255) has been served upon the Defendant by certified mail, this _15th_ day of July, 2006, at the following address:

> Megan L. Rose,
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W. – Civil Division
> Washington, D.C.  20530
> (202) 514-7220

Signed,

*/s/ Linda M. Lewis*
Linda M. Lewis (*pro se*)

8811 Colesville Road, #210
Silver Spring, MD  20910
(202) 210-8539
lewisplan@yahoo.com