UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LINDA M. LEWIS,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 06-255 (GK) |
| | : | Civil Action No. 05-1507 (GK) |
| | : | |
| **MIKE JOHANNS,** | : | |
| **Secretary, United States Dept.** | : | |
| **of Agriculture,** | : | |
| | : | |
| **Defendant.** | : | |

**O R D E R**

Upon consideration of the Plaintiff's Praecipe filed on July 7, 2006 in these two cases, it is this 14th day of August, 2006, hereby

**ORDERED** that a further Initial Scheduling Conference shall be held on **September 6, 2006 at 3:00 p.m.**

/s/
Gladys Kessler
United States District Judge

**Copies to: attorneys of record via ECF and**

**LINDA M. LEWIS**
**8811 Colesville Road**
**Apartment 210**
**Silver Spring, MD 20910**