UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS, )<br>    Plaintiff, )<br>)<br>) Civil Action No. 05-1507 (GK)<br>v. )<br>)<br>MIKE JOHANNS, )<br>SECRETARY OF AGRICULTURE, )<br>    Defendant ) | |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### FIRST AMENDED COMPLAINT

Plaintiff requests leave to file a first amended complaint in order to clarify and more fully document the claims, and to correct errors by a typist, thereby to promote the efficiency of the court and to advance the cause of justice. The Plaintiff, who is pro se, was handicapped in preparing the original complaint by chronic illness and the necessity of responding simultaneously to an agency investigation.

Plaintiff continues to suffer chronic illness and additionally suffered a recent knee injury that restricts mobility. Also, having just relocated out of state to be near an elderly parent with who needs assistance, the Plaintiff does not have easy access to documents that were boxed for the move. Separately, Plaintiff requests leave also to amend a second complaint, Civil Action No. 06-2507, which poses an additional burden.

In consideration of the above circumstances, Plaintiff respectfully requests leave to file the amended complaint on or before October 30, 2006, or such date as the Court considers appropriate.

RECEIVED

SEP 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Lewis, 05-1507, 8/31/06, p. 1 of 3

Dated: August 31, 2006

Respectfully submitted,

*Linda M. Lewis*
Linda M. Lewis (pro se)
2400 Wynncrest Circle, #10105
Arlington, Texas 76006-7017
(202) 210-8539

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's Notice of Address Change has been served upon the Defendant by overnight mail, this 31st day of August, 2006, at the following address:

    Megan L. Rose
    Assistant United States Attorney
    Judiciary Center Building
    555 4th Street, N.W. – Civil Division
    Washington, D.C. 20530
    (202) 514-7220

Signed,

*Linda M. Lewis*
Linda M. Lewis (pro se)
2400 Wynncrest Circle
Apartment 10105
Arlington, Texas 76006-7017
(202) 210-8539
lewisplan@yahoo.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS,<br>    Plaintiff,<br><br>v.<br><br>MIKE JOHANNS,<br>SECRETARY OF AGRICULTURE,<br>    Defendant | )<br>)<br>)<br>)<br>) Civil Action No. 05-1507 (GK)<br>)<br>)<br>)<br>)<br>) |

### **ORDER**

UPON CONSIDERATION of Plaintiff's motion for leave to file a first amended complaint, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that Plaintiff's motion is hereby granted and that Plaintiff shall have through and including October 30, 2006, to file an amended complaint.

_____
UNITED STATES DISTRICT JUDGE