UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY OF )<br>AGRICULTURE )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1507 (GK) |

**PRAECIPE**

Defendant Mike Johanns, Secretary, United States Department of Agriculture, by and through the undersigned counsel, respectfully submits this praecipe pursuant to the Court's Minute Order of September 6, 2006.

Following a September 6, 2006 status conference held in the above-captioned matter and in the related case, 06-0255 (GK), the Court granted Plaintiff's motion for leave to file an amended complaint and ordered that Plaintiff's amended complaint should be filed by October 6, 2006. The Court further ordered that Defendant should submit a praecipe to the Court no later than October 10, 2006, stating whether Defendant intends to withdraw its motion to dismiss the original complaint. To date, counsel for Defendant has not received an amended complaint, nor does the Court's electronic filing system reflect its filing. Accordingly, Defendant currently does not wish to withdraw its motion to dismiss, to which Plaintiff has never responded. However, in the event that Plaintiff has filed a timely amended complaint, which simply has not yet been received by counsel or the Court, Defendant likely will renew his motion to dismiss based upon the amended complaint.

Therefore, Defendant submits that upon receipt of a timely amended complaint, counsel will file within five (5) business days an additional praecipe, stating the manner in which Defendant intends to proceed in this case.

Dated: October 10, 2006.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar # 498610
United States Attorney

/s/
RUDOLPH C. CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

/s/
MEGAN L. ROSE, N.C. Bar No. 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion To Dismiss** was served upon plaintiff by first-class mail, postage pre-paid and marked for delivery to:

>**Linda M. Lewis**
>**8811 Colesville Road #210**
>**Silver Spring, MD 20910**

on this 10th day of October, 2006.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530