UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY OF )<br>AGRICULTURE )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 05-1507 (GK) |

## PRAECIPE

Defendant Mike Johanns, Secretary, United States Department of Agriculture, by and through the undersigned counsel, respectfully submits this praecipe pursuant to the Court's Minute Order of September 6, 2006, and pursuant to Defendant's October 10, 2006 praecipe.

Following a September 6, 2006 status conference held in the above-captioned matter and in the related case, 06-0255 (GK), the Court granted Plaintiff's motion for leave to file an amended complaint and ordered that Plaintiff's amended complaint should be filed by October 6, 2006. The Court further ordered that Defendant should submit a praecipe to the Court no later than October 10, 2006, stating whether Defendant intends to withdraw its motion to dismiss the original complaint. Because counsel for Defendant did not receive Plaintiff's amended complaint, nor did the Court's electronic filing system reflect its receipt prior to October 10, 2006, counsel now files this second praecipe in order to inform the Court how Defendant intends to proceed in this case.

Although Plaintiff indicated at the status conference that she intended to file an amended complaint in both of her pending civil actions, Plaintiff filed an amended complaint in only Civil

Action No. 05-1507. Nonetheless, the amended complaint appears to capture Plaintiff's claims from her related case, 06-0255. Accordingly, Defendant first intends to file a motion to dismiss the complaint in 06-0255, or in the alternative, to consolidate the two cases. Second, Defendant intends to file a motion for extension of time to renew its motion to dismiss as to the amended complaint in 05-1507. Defendant will be able to renew its motion to dismiss as to the claims asserted in Plaintiff's original complaint prior to the Court's deadline of November 3, 2006, but will need additional time in order to address all of the claims presented in Plaintiff's amended complaint. Therefore, Defendant intends to file one renewed dispositive motion concerning all of Plaintiff's claims currently before this Court.

Dated: October 18, 2006.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, DC Bar # 498610
United States Attorney

/s/
RUDOLPH C. CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

/s/
MEGAN L. ROSE, N.C. Bar No. 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-7220

**CERTIFICATE OF SERVICE**

      I certify that the foregoing **Praecipe** was served upon plaintiff by first-class mail, postage pre-paid and marked for delivery to:

> **Linda M. Lewis**
> **2400 Wynncrest Circle**
> **Apartment 10105**
> **Arlington, TX 76006-7017**

on this 18th day of October, 2006.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530