UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS,<br>Plaintiff | )<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No.: 05-1507 (GK) |
| MIKE JOHANNS,<br>Secretary Of Agriculture,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION TO FILE
CONSOLIDATED AMENDED COMPLAINT**

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, Plaintiff Linda M. Lewis hereby requests leave of the Court to file a consolidated amended complaint, consolidating Civil Action 05-1507, Lewis v. Johanns and 06-255, Lewis v. Johanns. In October 27, pursuant to LCvR 7.1(m), Plaintiff conferred with Counsel for the Defendant who had no objection to consolidation.

Plaintiff also requests leave to make minor changes to the wording of the recently amended 05-1507, to efficiently incorporate the substance of 06-255, and also to correct errors and to add a limited amount of useful additional information, primarily names and dates that Plaintiff is only now able to access as a result of family and personal illness and a cross-country relocation. Plaintiff attempted to confer with Counsel for the

RECEIVED
NOV 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Defendant on October 30 to learn of any objection to the proposed changes, but Plaintiff has not yet received a response.

Plaintiff Linda Lewis filed multiple civil rights complaints against her employer, the United States Department of Congress, that indicate a continuous and repetitive pattern of discrimination and reprisal throughout the entirety of the Plaintiff's USDA career. In the administrative process, however, the complaints did not progress evenly through the process. As a result, Plaintiff was forced to file two civil actions with the Court, Civil Action 05-1507 and Civil Action 06-255.

The two civil actions, which are at the same stage of the pretrial process, address many of the same witnesses and discriminating officials, among them supervisors Charles Danner and Lori Thomas, and coworker Ronald Graham. Also, incidents in the second filed complaint, 06-255, rooted in, or closely related to, events described in 05-1507. For example, restrictions on Plaintiff's assignments, described in 06-255, relate to retaliation Plaintiff described in 05-1507 for prior protected activities, including a civil rights complaint against Argonne National Laboratory. Defamatory accusations cited in Civil Action 06-255 related to Plaintiff's allegations of retaliation in 05-1507, including USDA's illegally conducted mental status examination, wrongful accusations by USDA employees, and USDA's decision to place the Plaintiff on administrative leave for more than three years. To understand the Plaintiff's claims of emotional distress, one must review the entirety of the reprisal, discrimination and hostile environment that characterized her employment at USDA. Thus, the two civil actions involve more than one "common question of law and fact," permitting consolidation of the pending actions under Rule 42(a).

Consolidation would aid judicial efficiency, decrease costs and support the interests of justice. Likewise, the proposed changes, which are not great, also would aid judicial efficiency by improving accuracy and clarity, and providing continuity, and aid the interests of justice.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court approve the filing of an amended complaint consolidating Civil Action 06-0255 (GK), Lewis v. Johanns, for all purposes with this civil action, 05-1507.

Plaintiff hereby attaches a copy of the proposed Consolidated Amended Complaint.

Respectfully Submitted,


*Linda M. Lewis*
Linda M. Lewis (*pro se*)
2400 Wynncrest Circle, #10105,
Arlington, TX 76006
(202) 210-8539

Oct. 31, 2006
Date

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's Motion to File Consolidated Amended Complaint, with attached proposed Consolidated Amended Complaint, has been served upon the Defendant by ~~certified~~ *overnight* mail, this 31st day of October, 2006, at the following address:

> Megan L. Rose,
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W. – Civil Division
> Washington, D.C. 20530
> (202) 514-7220

Signed,

*Linda M. Lewis*
Linda M. Lewis (*pro se*)
2400 Wynncrest Circle, #10105,
Arlington, TX 76006
(202) 210-8539

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| LINDA M. LEWIS,<br>8811 Colesville Rd, #210, Silver Spring,<br>MD 20910, (202) 210-8539,<br><br>      Plaintiff,<br>  v.<br><br>MIKE JOHANNS,<br>SECRETARY OF AGRICULTURE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-1507 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion to file a Consolidated Amended Complaint, it is hereby ORDERED this _____ day of _____, 2006, that Civil Actions 05-1507 and 06-255 are hereby consolidated for all purposes. Civil Action 05-1507 shall be the lead case, and hereafter all pleadings, briefs and correspondence shall be filed in the lead case.

_____
UNITED STATES DISTRICT JUDGE