UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY OF )<br>AGRICULTURE )<br>)<br>Defendant. )<br>_____) | Civil Action No.: 05-1507 (GK)<br>06-0255 (GK) (con) |

## DEFENDANT'S NOTICE OF PROPOSED BRIEFING SCHEDULE

Defendant Mike Johanns, Secretary, United States Department of Agriculture, by and through the undersigned counsel, respectfully submits this notice of a proposed briefing schedule for the submission of any dispositive motions related to the Consolidated Amended Complaint. Counsel for Defendant conferred with Plaintiff Linda Lewis, *pro se*, concerning this motion, but she stated that she did not wish to agree to the proposed schedule.

Defendant believes that the filing of a dispositive motion will dispose of some, if not all, of the claims in this case and narrow the issues before the Court. Accordingly, Defendant proposes the following schedule:

February 7, 2007:    Defendant's dispositive motion

March 7, 2007:    Plaintiff's response

March 28, 2007:    Defendant's reply

A proposed Order is attached.

Dated: January 11, 2007          Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

  /s/
RUDOLPH C. CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

/s/
MEGAN L. ROSE, N.C. Bar No. 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7220

**CERTIFICATE OF SERVICE**

    I certify that the foregoing **Notice** was served upon plaintiff by first-class mail, postage pre-paid and marked for delivery to:

> **Linda M. Lewis**
> **2400 Wynncrest Circle**
> **Apartment 10105**
> **Arlington, TX 76006-7017**

on this 11th day of January, 2007.


/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530