UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LINDA M. LEWIS**,           Plaintiff, <br><br> v. <br><br> **MIKE JOHANNS**, Secretary,<br>United States Department of Agriculture <br><br>           Defendant. | Civil Action No.: 06-0255 (GK) |

## ORDER

Having considered the Defendant's Notice of Proposed Briefing Schedule, and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that the parties shall submit any dispositive motions in accordance with the following briefing schedule:

    February 7, 2007:    Defendant's dispositive motion

    March 7, 2007:    Plaintiff's response

    March 28, 2007:    Defendant's reply

                                                  /s/
                                      UNITED STATES DISTRICT JUDGE