UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY OF )<br>AGRICULTURE )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1507 (GK) |

**<u>ORDER</u>**

This matter having come before the Court on Defendant Mike Johanns, Secretary, U.S. Department of Agriculture's Motion to Dismiss, or in the alternative, for Summary Judgment, the memoranda in support and opposition, and the entire record in this case, it is this _____ day of _____ hereby

ORDERED that Defendant's Motion To Dismiss is hereby GRANTED; and it is

FURTHER ORDERED that Plaintiff's claims are hereby DISMISSED in their entirety, with prejudice.

_____
United States District Judge