UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS,<br><br>      Plaintiff,<br>v.<br><br>MIKE JOHANNS,<br>SECRETARY OF AGRICULTURE,<br><br>      Defendant. | Civil Action No.: 05-1507 (GK)<br>06-0255 (GK) con<br><br>**RECEIVED**<br>MAR 1 5 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
### TO FILE REVISED OPPOSITION TO MOTION TO DISMISS

By this motion, Plaintiff requests an enlargement of time in order to file a revised (or amended) Opposition to the Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment.

Plaintiff, who suffers from an autoimmune disorder, was ill and weak with an infection in the days prior to March 7, when Plaintiff's response was due. In the early morning hours of March 7, Plaintiff also experienced throat and chest pains that made breathing difficult and were worsened by activity. As a result of the illness, and medication taken for it, Plaintiff was unable to complete the Opposition statement (with affidavit) and failed to notice several errors.

Being concerned, above all else, about missing the deadline and leaving the Motion unopposed, Plaintiff decided to mail the document in its uncompleted state at a

post office with late hours. But, due to pain, weakness and disorientation, Plaintiff did not arrive at the post office until after midnight, and was not mailed until approximately 1:30 am on March 8. Plaintiff then sought emergency medical attention and was hospitalized for two days, followed by recovery at home. Plaintiff would have sought emergency attention sooner, but initially believed the problem was a recurrence of a painful but non-life-threatening condition she had experienced previously.

In consideration of the extraordinary circumstance, Plaintiff begs the Court for an enlargement of time of ten days, or such time as the Court deems appropriate, and permission to file a revised Opposition statement so that she can more fully describe her claims and correct errors in the original statement. Per Local Rule LCvR7(m), Plaintiff contacted Defendant's counsel prior to submitting the motion, and was informed that Defendant "does not consent to any enlargement" of the briefing schedule.

I declare under penalty of perjury that the foregoing statements are true and correct,

_Linda M. Lewis_ (signature)            3/14/07
Linda M. Lewis pro se                    Date

2400 Wynncrest Cir., #10105
Arlington, TX 76006
(202) 210-8539

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's Motion for Enlargement of Time has been served upon the Defendant by certified mail, this /4th day of March, 2007, at the following address:

>   Megan L. Rose,
>   Assistant United States Attorney
>   Judiciary Center Building
>   555 4th Street, N.W. – Civil Division
>   Washington, D.C. 20530
>   (202) 514-7220

Signed,

*[signature: Linda M. Lewis]*
Linda M. Lewis pro se
2400 Wynncrest Circle, #10105
Arlington, TX 76006
(202) 210-8539

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS,<br><br>      Plaintiff,<br>v.<br><br>MIKE JOHANNS,<br>SECRETARY OF AGRICULTURE,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.: 05-1507 (GK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION of extraordinary circumstances experienced by the Plaintiff, it is this _____ day of _____, 2007,

ORDERED that the Plaintiff shall have until _____ to file a revised Opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment, with any accompanying documents.

_____
UNITED STATES DISTRICT JUDGE