UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
APR 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LINDA M. LEWIS,<br>Plaintiff<br>v.<br>MIKE JOHANNS, SECRETARY OF AGRICULTURE,<br>Defendant | Civil Action No.: 05-1507 (GK)<br>06-0255 (GK) (con) |

### PLAINTIFF'S REVISED MOTION TO STRIKE DEFENDANT'S STATEMENT AND ATTACHMENTS

Plaintiff respectfully asks the Court to strike from the record the Statement and Attachments included with Defendant's Motion to Dismiss or in the Alternative, for Summary Judgment for the following reasons:

(1) Defendant's Statement is not an affidavit attesting to the accuracy of the documents it attaches.

(2) The attachments are partly illegible.

(3) The affidavit and attachments appear to be partly, if not, wholly outside the record.

(4) The attachments contain inaccurate representations of fact, which the Plaintiff has not had an opportunity to address through discovery or a hearing.

_/s/ Linda M. Lewis_                                   Mar. 29, 2007

Linda M. Lewis (*pro se*)                              Date

2400 Wynncrest Cir. #10105
Arlington, TX 76006
(202) 210-8539

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's Revised Motion to Strike Defendant's Statement and Attachments, was served upon the Defendant this 29th day of March, 2007, at the following address:

> Megan L. Rose,
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W. – Civil Division
> Washington, D.C. 20530
> (202) 514-7220

Signed,

*Linda M. Lewis*
Linda M. Lewis (*pro se*)

2400 Wynncrest Cir. #10105
Arlington, TX 76006
(202) 210-8539