UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY OF )<br>AGRICULTURE )<br>)<br>      Defendant. )<br>)  | Civil Action No.: 05-1507 (GK)<br>                     06-0255 (GK) (con) |

## DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME TO REPLY

Defendant, identified in the Complaint as Mike Johanns, Secretary of Agriculture, by and through undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply to Plaintiff's opposition. Defendant requests that the deadline for responding be extended approximately three weeks, specifically from April 12 to May 3, 2007. This is Defendant's first request for an enlargement of time to reply. Counsel for Defendant attempted to contact Plaintiff, *pro se*, concerning her position on this motion, but was unable to reach her. A proposed order is attached.

Plaintiff filed her revised opposition to Defendant's motion to dismiss, or in the alternative, for summary judgment, on April 2, 2007, but counsel for Defendant did not receive notice of the opposition until April 4, 2007. Pursuant to the briefing schedule which previously had been entered by this Court, Defendant was to have approximately three weeks to respond to the opposition. However, because Plaintiff filed an extension of time and a revised opposition, the deadlines in the previous briefing schedule are no longer applicable. Accordingly, Defendant now requests that the Court revise the previously entered schedule and allow Defendant an

additional three weeks to reply.

This enlargement of time is necessary for counsel for Defendant to confer with agency counsel concerning the allegations in Plaintiff's opposition. Due to the holiday weekend, counsel for Defendant has not yet been able to reach agency counsel to discuss Plaintiff's filing. Moreover, counsel for Defendant has numerous deadlines in other cases, both in the Court of Appeals and in the District Court, including a brief due in <u>Multi Ag Media v. Dept. of Agriculture</u>, 06-5231, and oral argument in the Court of Appeals in <u>Menkes v. Dept. of Homeland Security</u>, 05-5382. Consequently, Defendant requests this additional time in order to obtain critical information from the agency and to formulate Defendant's response to Plaintiff's revised opposition.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to respond will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for replying be extended to and including May 3, 2007.

Dated: April 9, 2007.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar No. 498610
United States Attorney

/s/
RUDOLPH C. CONTRERAS, D.C. Bar No. 434122
Assistant United States Attorney

/s/
_____
MEGAN L. ROSE, N.C. Bar No. 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 514-7220

**CERTIFICATE OF SERVICE**

      I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff by first-class mail, postage pre-paid and marked for delivery to:

        **Linda M. Lewis**
        **2400 Wynncrest Circle**
        **Apartment 10105**
        **Arlington, TX 76006-7017**

on this 9th day of April, 2007.

/s/
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th Street, NW
Washington, D.C. 20530