UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS )<br>)<br>     Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY OF )<br>AGRICULTURE )<br>)<br>     Defendant. )<br>_____) | Civil Action No.: 05-1507 (GK) |

## **ORDER**

UPON CONSIDERATION of Defendant's motion for enlargement of time, and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that Defendant's motion is hereby GRANTED, and that Defendant shall have through and including May 3, 2007 to reply.

_____
UNITED STATES DISTRICT JUDGE