UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS, ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.: 05-1507 (GK) |
| MIKE JOHANNS, SECRETARY OF ) | 06-0255 (GK) (con) |
| AGRICULTURE, ) | |
| Defendant ) | |

## ERRATA

In reviewing the official Court record, it has come to Plaintiff's attention that a document attached to Plaintiff's Revised Opposition to Defendant's Motion to Dismiss does not also include attachments to the Final Agency Decision, Attachment 1. Although the attachments are copies of complaints already in the court record and therefore offer no new information, the Plaintiff offers the enclosed attachments in the interests of a true and complete record.

Plaintiff respectfully asks the Court also to include in the record a correction to plaintiff's Revised Affidavit, paragraph 42, which should read, "…for example Carol Maczka…" rather than "…for example Ronald Graham." A corrected affidavit page is enclosed. Because Merritt Lake's affidavit also referenced a comment by Mr. Graham having a similar inference, the change would not alter or lessen Plaintiff's claims in the case.

Also, on page 10 of Plaintiff's Revised Opposition to Defendant's Motion to Dismiss, the reference, "See Lewis Affidavit, 88," is extraneous, as the intended reference unintentionally was not included in the revised affidavit. A corrected Opposition page is enclosed.

**RECEIVED**

MAY 2 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff apologizes for the errors, and explains that a painful and debilitating and disorienting chronic health condition that again required emergency treatment was distracting.

*Linda M. Lewis*                                May 1, 2007

Linda M. Lewis (*pro se*)
2400 Wynncrest Cir. #10105
Arlington, TX 76006

## CERTIFICATE OF SERVICE

I certify that the foregoing Errata was served upon the Defendant by overnight mail this __1st__ day of May, 2007, at the following address:

> Megan L. Rose,
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W. – Civil Division
> Washington, D.C.  20530
> (202) 514-7220

Signed,

*Linda M. Lewis*
Linda M. Lewis (*pro se*)

2400 Wynncrest Cir. #10105
Arlington, TX  76006
(202) 210-8539