UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIKE JOHANNS, SECRETARY OF )<br>AGRICULTURE )<br>)<br>Defendant. )<br>) | Civil Action No.: 05-1507 (GK)<br>06-0255 (GK) (con) |

### **ORDER**

UPON CONSIDERATION of Defendants' Motion For Reconsideration and For Leave to File Opposition, the memorandum in support thereof, any Opposition thereto, and the entire record herein, it is this ____ day of _____, 2007,

**ORDERED** that the Defendant's Motion For Reconsideration is hereby granted, and it is further

**ORDERED** that Defendant's Motion For Leave to File the Attached Opposition is hereby granted and the Opposition shall be entered on the Court's docket.

_____                           _____
Date                                                              GLADYS KESSLER

                                                                          United States District Judge