

LINDA M. LEWIS
2400 Wynncrest Circle
Apartment 10105
Arlington, TX 76006-7017

# YAHOO! MAIL

Print - Close Window

**Subject:** RE: Proposed schedule for the ct
**Date:** Thu, 11 Jan 2007 16:17:36 -0500
**From:** "Rose, Megan (USADC)" <Megan.Rose@usdoj.gov>
**To:** "Linda Lewis" <lewisplan@yahoo.com>

That's fine. As I stated, I am filing the proposed schedule. I will indicate that it is Defendant's Notice, not a joint notice.

---

**From:** Linda Lewis [mailto:lewisplan@yahoo.com]
**Sent:** Thursday, January 11, 2007 2:30 PM
**To:** Rose, Megan (USADC)
**Subject:** RE: Proposed schedule for the ct

Dear Ms. Rose,

Unitl it is clear to me what you are proposing and why, I do not feel I should agree to your proposal even though it may be reasonable.

Judge Kessler stated at our last conference that she would issue and order stating when the defendant response and my reply to the response should be filed. I have received no correspondence from the Court indicating that such an order was issued. The only recent corresondence was the approval of my Motion to file an Amended Consolidated Complaint.

Linda Lewis


**"Rose, Megan (USADC)"** <Megan.Rose@usdoj.gov> wrote:

> well, this is the text then :
> Defendant Mike Johanns, Secretary, United States Department of Agriculture, by and through the undersigned counsel, and Plaintiff Linda Lewis, *pro se*, respectfully submit this notice of a proposed briefing schedule for the submission of any dispositive motions related to the Consolidated Amended Complaint. Accordingly, the parties propose as follows:
>
> > February 7, 2007: Defendant's dispositive motion
> > March 7, 2007: Plaintiff's response
> > March 28, 2007: Defendant's reply
>
> A proposed Order is attached.
>
> **From:** Linda Lewis [mailto:lewisplan@yahoo.com]

**Sent:** Thursday, January 11, 2007 1:27 PM
**To:** Rose, Megan (USADC)
**Subject:** Re: Proposed schedule for the ct

I could not open your document. I do not have Wordperfect software.

**"Rose, Megan (USADC)" <Megan.Rose@usdoj.gov>** wrote:

> Ms. Lewis,
> Per our earlier telephone conversation, I plan to submit the attached proposed briefing schedule to the Ct. I would like to file it as a joint notice. However, if you do not agree, I will file it as Defendant's notice of proposed briefing schedule. Please just let me know as soon as possible. Thank you.
> <<Proposed Briefing Schedule.wpd>>
> Megan L. Rose
> Assistant United States Attorney
> District of Columbia, Civil Division
> 555 4th Street, NW - Room E-4220
> Washington, D.C. 20530
> (202) 514-7220
>
>
> Need a quick answer? Get one in minutes from people who know. Ask your question on Yahoo! Answers.

Any questions? Get answers on any topic at Yahoo! Answers. Try it now.

8710 Hayshed Lane, #302
Columbia, Maryland 21045
January 5, 2002

Robert Doheny
Washington Regional Director
Federal Labor Relations Authority
1800 L St., NW
Washington, DC  20002

Dear Mr. Doheny:

I hereby wish to supplement my pending unfair labor practice (ULP) charge against USDA management regarding my *Weingarten* rights denial. I hereby supplement the *Weingarten* ULP charge with the following additional FLMRA violations.

1. The USDA Office of General Counsel denied me *Weingarten* representation at my October 30th deposition and insisted that Dennis McPeters, a senior employee relations specialist, be present as an additional management observer to that of Kevin McGrath and my request for an AFGE observer was denied by USDA attorney Lynn Ahwesh.

2. In reprisal for my protected FLMRA activity, USDA manager, Ronald Hicks, has denied me the processing of my AFGE dues allotment.

3. In reprisal for my FLMRA activity, Kevin McGrath, USDA's Chief of the Complaints Management Branch, has denied in his letter of December 27, 2001, copies of attachments of my October 30th deposition. He continues to be in wrongful possession of these attachments to the exclusion of the stenographer for the deposition.

4. In reprisal for my protected FLMRA activity, I was denied the opportunity on December 10 and 24 to depose USDA Medical Officer, Oleh Jacykewycz, regarding the written order to him by his supervisor, George Aldaya, to revoke the former's recommendation for my fitness for duty.

5. In reprisal for my protected FLMRA activity, I have been denied not only a copy of the prohibited written instruction by Aldaya but any copy of my medical records at USDA despite my pending discovery and Privacy Act requests.

6. In reprisal for my protected FLMRA activity, I have been denied by my supervisor, Robert Conley, with invocation of use-or-lose annual leave, carryover for leave year 2001.

Page 1 of 2

Case 1:05-cv-01507-GK   Document 51-2   Filed 06/19/2007   Page 5 of 10

Attachment 3

7. In reprisal for my protected FLMRA activity, Robert Conley has denied me participation in retail part-time employment outside of my regular duty hours.

Under separate cover, I am requesting that AFGE file a certificate of unit petition on my behalf. I support AFGE's efforts to represent me and all other bargaining unit members at FSIS.

This is to confirm that attorney David Nolan is not only representing me in my initial charge of Weingarten violation, but also represents me regarding these additional charges. Mr. Nolan's telephone number is (703) 780-4519.

Sincerely,


Linda M. Lewis

cc  David Nolan
    Secretary Veneman
    Lynn Ahwesh
    Richard Schneider

Page 2 of 2

December 13, 2001

Kevin McGrath, Chief
Complaint Management Branch
FSIS Civil Rights Division
U.S. Department of Agriculture
Room 2-1134
5601 Sunnyside Avenue, Maildrop 5261
Beltsville, MD 20705-5261

Dear Mr. McGrath:

Please make arrangements to have available, at the next scheduled deposition, photocopies of the attachments to my October 30 deposition.

Sincerely,


Linda M. Lewis

# PROVIDED BY USDA IN DISCOVERY – 5/30/01

## DOCUMENT REQUEST #14

### Email

| Date | From | Subject |
|---|---|---|
| 7-28-99 | Conley, R | sorting out facts |
| 6-14-99 | Greenlee, J. L. | Draft – USDA CSEPP Plan dtd Jul 17,99 |
| 7-15-99 | Herring, Joe | Changes to USDA CSEPP |
| 7-13-99 | Graham, R | CSEPP Revision |
| 7-13-99 | Graham, R | Read: CSEPP Revision |
| 11-2-99 | Barker, R | USDA CSEPP Plan Comments |

### Other Documents

Date?: Comments on "Draft" USDA CSEPP Plan – 2 pages
(refers to Graham's July 17, 1999, draft)

Date?: SBCCOM Comments on Draft USDA CSEPP Plan – 1 page

3-9-99: Memo from James Long to Roslyn Robinson, Subject: Linda Lewis Dated March 8, 1999 and stamped as received in the Office of the General Counsel, Harrisburg, PA, on March 19, 2001. Handwritten notation at bottom, "recd 3-11-99"

8-26-99: Memo to Mark Leking from Denise Leger-Lee, dated August 26, 1999, and attached memo to Donna Beecher from O.I. Jacykewycz

12-15-00: Memo to Linda Lewis "THROUGH: Charles Danner", dated Dec 15, 2000 (notice of proposal to remove), with attached letter dated Dec 21, 2000 from Mark Leking to Linda Lewis

1-7-00: Letter to Linda Lewis, dated January 7, 2000, from James Long (RE Security clearance)

1-?-01: Fax from Michael L. Spekter to Donald Musacchio, including cover, letter and attachments

1-8-01: Letter to William Milton from Linda Lewis, dated Dec 21, 2000, with attached letter from Mark Leking, dated Jan 8, 2001

USDA's notation was illegible - may be part of Doc Request 14

6-26-00: Letter, 2 pages, to Dan Burkard, Chief, Employment Services and Policy Branch, Mark Leking, and Civil Rights Division, from Kevin McGrath, requesting documentation of EEO complaint  Attached is 3-page letter to Keving McGrath from Delaney Siegel Zorn and Associates, dated March 21, listing documents to be made available

## DOCUMENT REQUEST #12/14

Chemical Stockpile Emergency Preparedness Plan -- unsigned plan, with proposed signing date of December 17, 2000.

## DOCUMENT REQUEST #2, 8, 16

(Can no longer identify the documents that applied to this request because originals were given back to USDA by Dave Nolan----documents listed at the end of this list may belong in part to this DR #.)

## DOCUMENT REQUEST #17

A one-inch stack of travel itineraries for EPS staff.

## DOCUMENT REQUEST #8

1-11-01 letter to Cathy Woteki from Linda Lewis

## DOCUMENTS WITHOUT IDENTIFYING INFORMATION
(Originals given back to USDA by Dave Nolan)

1. USDA DM 3440-1, "Classification, Declassification, and Safeguarding Classified Information," 48 pages.

2. Three Evidence Files, consisting of multiple documents. Each has a cover sheet with a table of contents. However, documents are sometimes identified in a group, rather than individually. For example "written concerns from coworkers" for "October, 1997." (Therefore, keeping the packets intact is critical.)

    a. Packet of documents labeled: Linda M. Lewis, Evidence File I, Proposal to Reprimand -- documents listed on cover page cover period from November 20, 1996 to January 4, 1999.
    b. Packet of documents labeled: Linda M. Lewis, Evidence File IV, Proposal to Remove -- documents listed on cover page cover period from May 8, 1998 to January 7, 2000.
    c. Packet of documents labeled: Linda M. Lewis, Evidence File II (no explanation) -- this packet had lost its integrity after it was received back from the copy center; may have been

result of <u>either</u> USDA or copy center actions. Documents listed on cover page cover period March 8, 1999 to August 26, 1999.



| USDA | United States Department of Agriculture | Food Safety and Inspection Service | Office of Management | 5601 Sunnyside Ave. Maildrop 5261 Beltsville, MD 20705 |

Ms. Linda M. Lewis
8710 Hayshed Lane, # 302
Columbia, MD 21045

Dear Ms. Lewis:

This office is in receipt of your letter dated December 13, 2001, requesting photocopies of attachments to the October 30, 2001 Deposition.

Please be advised that any and all contact and correspondence regarding any aspect of your formal complaints of discrimination should be directed to the designated Agency Representative, Ms. Lynn Ahwesh, Office of the General Counsel, 440 Federal Building, 228 Walnut Street, Harrisburg, PA 17108-1134. Ms. Ahwesh may be reached by telephone on 717-221-2217 or by Fax on 717-221-3443.

If you have any questions, please direct them to Ms. Ahwesh.

Sincerely,

Kevin McGrath
Chief
Complaints Management Branch

cc: L. Ahwesh, Harrisburg, PA
    D. B. Nolan, 8310 Wagon Wheel Road, Alexandria, VA 22309-2175