UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS,<br>　　Plaintiff,<br><br>　　v.<br><br>MIKE JOHANNS,<br>SECRETARY OF AGRICULTURE,<br>　　Defendant | )<br>)<br>)<br>)　Civil Action No. 05-1507 (GK)<br>)　　　　　　　　06-0255 (GK) (con)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S SECOND NOTICE OF ADDRESS CHANGE**

Plaintiff Linda Lewis hereby provides notice of a change of address, from 2400 Wynncrest Circle, #10105, Arlington, Texas 76006, to 13139 Ormond Drive, Bristow, Virginia 20136.

Plaintiff's telephone number remains (202) 210-8539 and Plaintiff's email address remains lewisplan@yahoo.com.

Signed September 12, 2007,

*Linda M Lewis*
Linda M. Lewis (pro se)

**RECEIVED**

SEP 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
　U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's 2nd Notice of Address Change has been served upon the Defendant by certified mail, this 12th day of September, 2007, at the following address:

>   Megan L. Rose
>   Assistant United States Attorney
>   Judiciary Center Building
>   555 4th Street, N.W. – Civil Division
>   Washington, D.C. 20530
>   (202) 514-7220

Signed,

*Linda M. Lewis*
Linda M. Lewis (pro se)
13139 Ormond Drive
Bristow, VA 21036
(202) 210-8539
lewisplan@yahoo.com