UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA LEWIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 05-1507 (GK) |
| ) | (consolidated with 06-0255 (GK)) |
| MIKE JOHANNS, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: September 24, 2007                Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　MEGAN L. ROSE, NC Bar # 28639


　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　BLANCHE L. BRUCE
　　　　　　　　　　　　　　　　　D.C. Bar No. 960245
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 Fourth St., N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　(202) 307-6078