UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINDA M. LEWIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 05-1507 (GK) |
| | : | 06-255 (GK) |
| MIKE JOHANNS, Secretary of Agriculture, | : | |
| | : | |
| | : | |
| Defendant. | : | |

## ORDER

Upon consideration of Plaintiff's Motion to Strike [Dkt. #42], Plaintiff's Revised Motion to Strike [Dkt. #45], the Opposition and the Reply, it is hereby

**ORDERED**, that Plaintiff's Motion to Strike and Plaintiff's Revised Motion to Strike are **denied**; and it is further

**ORDERED**, that Defendant provide legible documents to Plaintiff by February 1, 2008.


January 8, 2008                           /s/
                                          Gladys Kessler
                                          United States District Judge

**Copies via ECF to all counsel of record
and
Linda M. Lewis
13139 Ormond Drive
Bristow, Virginia 20136**