UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LINDA M. LEWIS,
   Plaintiff

MIKE JOHANNS
SECRETARY OF AGRICULTURE,
   Defendant

Civil Action No. 05-1506 (GK)
06-0366 (GK) (con)

*05-1507 (GK)*

*06-255 (GK)*

## PLAINTIFF'S THIRD NOTICE OF ADDRESS CHANGE

Plaintiff Linda Lewis hereby provides notice of a change of address, from 13130

Ormond Drive, Bristow, Virginia, 20136, to 12225 Creekview Circle, #304, Woodbridge,

Virginia, 22192.

Plaintiff's telephone number remains (202) 210-8539 and Plaintiff's email

address remains lewisplan@yahoo.com.

Signed, February 23, 2008,

Linda M. Lewis (pro se)

RECEIVED

FEB 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's Third Notice of Address Change has been served upon the Defendant by certified mail, this ___23 rd day of February, 2008, at the following address:

Blanche L. Bruce
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-6078

Signed,


Linda M. Lewis (pro se)
12225 Creekview Drive, #304
Woodbridge, VA 22192
(202) 210-8539
lewisplan@yahoo.com