UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS,<br>Plaintiff<br><br>ED SCHAFER<br>SECRETARY OF AGRICULTURE,<br>Defendant | 05-1507<br>Civil Action No. 05-1506 (GK)<br>06-0366 (GK) (con)<br>06-255 |

**PLAINTIFF'S FOURTH NOTICE OF ADDRESS CHANGE**

Plaintiff Linda Lewis hereby provides notice of a change of address, from 12225 Creekview Circle, #304, Woodbridge, Virginia, 22192, to 215 Monongahela Avenue, Glassport, Pennsylvania, 15045.

Plaintiff's telephone number (202-210-8539) and email address (lewisplan@yahoo.com) remain unchanged.

Signed, July 17, 2008,

*Linda M. Lewis*

Linda M. Lewis (pro se)

**RECEIVED**

JUL 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that the foregoing Plaintiff's Fourth Notice of Address Change has been served upon the Defendant by certified mail, this __17th__ day of July, 2008, at the following address:

Blanche L. Bruce
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-6078


Signed,

*Linda M. Lewis*
_____
Linda M. Lewis (pro se)
215 Monongahela Avenue
Glassport, PA  15045