UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
LINDA M. LEWIS,                )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 05-1507 (GK)
                               )    Civil Action No. 06-255 (GK)
ED SCHAFER,[1]                 )         (Consolidated)
Secretary of Agriculture,      )
                               )
        Defendant.             )
_____)
```

## ORDER

Plaintiff Linda M. Lewis, proceeding pro se, brings this action against Ed Schafer in his official capacity as Secretary of Agriculture. Plaintiff alleges gender discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq. (Count I); retaliation in violation of Title VII (Count II); age discrimination in violation of the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621 et seq. (Count III); disability discrimination in violation of the Rehabilitation Act of 1973, 29 U.S.C. § 701 et seq. (Count IV); improper revocation of a security clearance in violation of Executive Order No. 12,968 (Count V); and violations of the First, Fifth, and Sixth Amendments of the United States Constitution (Count VI).

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Secretary of Agriculture Ed Schafer is automatically substituted as defendant for former Secretary of Agriculture Mike Johanns.

This matter is before the Court on Defendant's Motion to Dismiss or in the Alternative for Summary Judgment [**Dkt. No. 38**]. Upon consideration of the Motion, Revised Opposition, Reply, and the entire record herein, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) is **denied**; it is further

**ORDERED** that Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) is **granted** as to Count V and **granted in part and denied in part** as to Counts I through IV and VI; it is further

**ORDERED** that Defendant's Motion for Summary Judgment is **denied**; it is further

**ORDERED** that Count V and those portions of the remaining counts that rely on the revocation of Plaintiff's security clearance are **dismissed for lack of subject matter jurisdiction**; it is further

**ORDERED** that a status conference shall take place on **September 8, 2008 at 10:00 a.m.**

July 26, 2008         /s/
                      Gladys Kessler
                      United States District Judge

**Copies to: Attorneys of record via ECF**