UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LINDA LEWIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action Nos. 05-1507 (GK) and 06-225 (GK) |
| | : | |
| MIKE JOHANNS, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Plaintiff has applied for permission to proceed *in forma pauperis*. In that application, she has indicated that she has savings of at least $7,000, a checking account of at least $3,200, and an anticipated credit or refund of approximately $1,700. As of this time, there are no other persons dependent on her for support. In light of these representations, it is hereby

**ORDERED**, that the Application to Proceed *In Forma Pauperis* is **denied**.


September 2, 2008                     /s/_____
                                      Gladys Kessler
                                      United States District Judge

**Copies via ECF to counsel of record
and to
Linda Lewis
14042 Sweet Vale Drive
Hagerstown, Maryland  21742**