UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS,<br>    Plaintiff,<br><br>v.<br><br>ED SCHAFER,<br>Secretary of Agriculture,<br>    Defendant | Civil Action No. 05-1507 (GK)<br>06-255 (GK) (con) |

RECEIVED

## PLAINTIFF'S FIFTH NOTICE OF ADDRESS CHANGE

Plaintiff Linda Lewis hereby provides notice of a change of address, from 215 Monongahela Avenue, Glassport, Pennsylvania, 15045, to 14042 Sweet Vale Drive, Hagerstown, Maryland, 21742.

Plaintiff's home telephone number will be (301) 791-8915. Plaintiff's email address remains lewisplan@yahoo.com.

Dated: September 8, 2008

Respectfully submitted,

*Linda M. Lewis*
Linda M. Lewis (pro se)
14042 Sweet Vale Drive
Hagerstown, Maryland 21742
(301) 791-8915
lewisplan@yahoo.com

RECEIVED
SEP 08 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CERTIFICATE OF SERVICE

     I certify that the foregoing Plaintiff's Notice of Address Change has been served upon the Defendant by certified mail, this ___ day of September 2008, at the following address:

Blanche L. Bruce
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, NW
Washington, DC 20530
(202) 307-6078


Signed,

*Linda M. Lewis*
Linda M. Lewis (pro se)
14042 Sweet Vale Drive
Hagerstown, Maryland 21742
(301) 791-8915
lewisplan@yahoo.com