IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA M. LEWIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-1507(GK) |
| ) | Civil Action No. 06-255 (GK) |
| ED SCHAFER ) | |
| Secretary of Agriculture, ) | |
| ) | |
| Defendant. ) | |

**Notice to Court About September 8, 2008 Status Hearing**

On September 15, 2008, Counsel for Defendant Ed Schafer received a telephone call that this Court held a status hearing in this case for September 8, 2008 at 10:00 a.m. Prior to that call, Counsel did not know about the scheduled status hearing. Counsel apologizes to the Court and Plaintiff for any inconvenience caused by my absence at the hearing.

Respectfully submitted,

/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

### CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of September 2008, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

Linda M. Lewis
215 Monongehela Avenue
Glassport, Pa. 15045

_____/s/_____
BLANCHE L. BRUCE
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)